**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:24-Civ-81472-ROSENBERG-REINHART**

SHELBY TOWNSHIP POLICE & FIRE
RETIREMENT SYSTEM, Individually
and On Behalf of All Others Similarly
Situated,

Plaintiff,

vs.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

Defendants.

**CASE NO. 9:25-Civ-80053-MIDDLEBROOKS**

ANTHONY M. ABRAHAM, Individually
and On Behalf of All Others Similarly
Situated,

Plaintiff,

vs.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

Defendants.

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

WHEREAS, the above-captioned securities class action has been filed against Celsius Holdings, Inc., John Fieldly, and Jarrod Langhans, alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on November 22, 2024 a notice was issued to potential class members informing them of the action and their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on January 21, 2025, Movant David W. Kendall ("Movant"), moved the Court to: (1) consolidating the related Securities Class Actions (defined below); (2) appointing Movant as Lead Plaintiff for the class of all purchasers of Celsius stock and put options sellers of Celsius Holdings, Inc., ("Celsius" or the "Company") between February 29, 2024 and September 4, 2024, both dates inclusive (the "Class Period"); (3) approving the Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel; and (4) granting such other and further relief the Court may deem just and proper;

WHEREAS, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the Movant that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfied the requirement of Fed. R. Civ. P. 23;

WHEREAS, the Court finding that Movant has the largest financial interest in this action and prima facie satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. See 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

**CONSOLIDATION OF SECURITIES CLASS ACTIONS**

1.      The Securities Class Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

**MASTER DOCKET AND CAPTION**

2.      The docket in Case No. 9:24-Civ-81472-ROSENBERG-REINHART shall constitute the Master Docket for this action.

3.      Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-------------------------------------------------------X

IN RE CELSIUS HOLDINGS, INC.
SECURITIES LITIGATION,

Master File No. 9:24-Civ-81472-
ROSENBERG-REINHART

<u>CLASS ACTION</u>

-------------------------------------------------------X

This Document Relates To:

4.      The file in civil action no. 9:24-Civ-81472-ROSENBERG-REINHART shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5.      All Securities Class Actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

7. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Movant is appointed as Lead Plaintiff for the class as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

8. Movant's choice of counsel is approved, and accordingly, the Rosen Law Firm, P.A. is appointed Lead Counsel.

9. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

SO ORDERED:

Dated _____, 2025            _____
                                   HON. ROBIN L. ROSENBERG
                                   UNITED STATES DISTRICT JUDGE

4