**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:24-Civ-81472-ROSENBERG-REINHART**

SHELBY TOWNSHIP POLICE & FIRE
RETIREMENT SYSTEM, Individually
and On Behalf of All Others Similarly
Situated,

                                  Plaintiff,

      vs.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

                        Defendants.

**CASE NO. 9:25-Civ-80053-MIDDLEBROOKS**

ANTHONY M. ABRAHAM, Individually
and On Behalf of All Others Similarly
Situated,

                                  Plaintiff,

      vs.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

                        Defendants.

**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION OF
DAVID W. KENDALL TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2)
APPOINT LEAD PLAINTIFF; AND (3) APPROVE SELECTION OF LEAD COUNSEL**

Laurence M. Rosen, hereby declares under penalty of perjury:

1.      I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., Proposed Lead Counsel for Lead Plaintiff Movant David W. Kendall ("Movant"). I make this Declaration in support of the motion by Movant to (1) consolidate the related actions; (2) appoint Movant Lead Plaintiff; (3) approve the selection of Rosen Law as Lead Counsel; and (4) granting such other and further relief the Court may deem just and proper. I am an attorney duly licensed to practice in the State of Florida and before this Court. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice issued notifying investors of the pendency of this Action.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Movant's PSLRA Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: January 21, 2025

/s/Laurence M. Rosen
Laurence M. Rosen, Esq., Fla. Bar No. 0182877

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 21, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Laurence M. Rosen</u>