# Exhibit 3

**Celsius Holdings, Inc. Loss Chart**
**Class Period: February 29, 2024 through September 04, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David W Kendall | 4/2/2024 | 942 | ($78.57) | ($74,012.94) | | | | | | | | $30.85 |
| | 4/4/2024 | 1337 | ($80.00) | ($106,960.00) | | | | | | | | |
| | | 2279 | | ($180,972.94) | | | | | 2279 | $70,307.15 | ($110,665.79) | |