**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-81472-Rosenberg/Reinhart
Case No. 9:25-cv-80053-Middlebrooks

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |

**DECLARATION OF CULLIN O'BRIEN IN SUPPORT OF MOTION OF GARY J. VUCEKOVICH AND THE VUCEKOVICH FAMILY 678 TRUST FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Cullin O'Brien, pursuant to 28 U.S.C. §1746, declare that:

1.      I am a partner in the law firm Cullin O'Brien Law, P.A., proposed liaison counsel for Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust, ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the PSLRA certification signed by Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the PSLRA notice filed in the first-filed action entitled *Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc., et al.,* Case No. 9:24-cv-81472-Rosenberg/Reinhart (S.D. Fla. Nov. 22, 2024).

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP

7.      Attached hereto as **Exhibit F** is a true and correct copy of the firm resume of Cullin O'Brien Law, P.A.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.


Dated: January 21, 2025

*/s/ Cullin O'Brien*
Cullin O'Brien

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 21, 2025, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Cullin O'Brien*
Cullin O'Brien