# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I am authorized to make this certification.

2. I have reviewed a complaint filed in the action.

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Celsius Holdings, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date : 1/20/2025

Name : GARY J. VUCEKOVICH

Signature :



| Case Name | Celsius Holdings, Inc. |
|---|---|
| Ticker | CELH |
| Class Period | 02-29-2024 to 09-04-2024 |

**Account 1 ("3925")**

**Client Name**

Gary J. Vucekovich

| Date of Transaction | Transaction Type | Quantity | Price per Share | Comments |
|---|---|---|---|---|
| 03-01-2024 | S | -41 | $ 80.7600 | |
| 03-01-2024 | S | -7400 | $ 69.0000 | Assignment |
| 03-04-2024 | P | 11904 | $ 83.9989 | |
| 03-04-2024 | S | -4 | $ 84.7452 | |
| 03-08-2024 | S | -11900 | $ 84.0000 | Assignment |
| 05-06-2024 | P | 12560 | $ 79.6000 | |
| 05-10-2024 | S | -12500 | $ 81.0000 | Assignment |
| 05-14-2024 | S | -60 | $ 90.6500 | |
| 06-10-2024 | P | 14900 | $ 67.0000 | |
| 06-13-2024 | P | 16611 | $ 60.2000 | |
| 06-25-2024 | P | 17857 | $ 56.0000 | |
| 07-26-2024 | P | 20000 | $ 49.5000 | Assignment |
| 08-02-2024 | P | 23364 | $ 42.8000 | |
| 08-09-2024 | P | 24600 | $ 40.5000 | Assignment |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 3/1/2024 | Assignment | 74 | CALL CELSIUS HOLDINGS $69 EXP 03/01/24 | $0.00 |
| 3/4/2024 | Sell to open | -119 | CALL CELSIUS HOLDINGS $84 EXP 03/08/24 | $2.54 |
| 3/8/2024 | Assignment | 119 | CALL CELSIUS HOLDINGS $84 EXP 03/08/24 | $0.00 |
| 5/9/2024 | Sell to open | -125 | CALL CELSIUS HOLDINGS $81 EXP 05/10/24 | $1.15 |
| 5/10/2024 | Assignment | 125 | CALL CELSIUS HOLDINGS $81 EXP 05/10/24 | $0.00 |
| 5/15/2024 | Sell to open | -111 | PUT CELSIUS HOLDINGS $90 EXP 05/24/24 | $1.34 |
| 5/24/2024 | Expired | 111 | PUT CELSIUS HOLDINGS $90 EXP 05/24/24 | $0.00 |
| 5/28/2024 | Sell to open | -133 | PUT CELSIUS HOLDINGS $75 EXP 05/31/24 | $1.09 |
| 5/31/2024 | Expired | 133 | PUT CELSIUS HOLDINGS $75 EXP 05/31/24 | $0.00 |
| 6/10/2024 | Sell to open | -149 | CALL CELSIUS HOLDINGS $68 EXP 06/14/24 | $1.89 |
| 6/14/2024 | Expired | 149 | CALL CELSIUS HOLDINGS $68 EXP 06/14/24 | $0.00 |
| 6/18/2024 | Sell to open | -315 | CALL CELSIUS HOLDINGS $65 EXP 07/19/24 | $2.88 |
| 7/11/2024 | Sell to open | -178 | CALL CELSIUS HOLDINGS $61 EXP 07/19/24 | $1.09 |
| 7/19/2024 | Expired | 178 | CALL CELSIUS HOLDINGS $61 EXP 07/19/24 | $0.00 |
| 7/19/2024 | Expired | 315 | CALL CELSIUS HOLDINGS $65 EXP 07/19/24 | $0.00 |
| 7/18/2024 | Sell to open | -200 | PUT CELSIUS HOLDINGS $49.50 EXP 07/26/24 | $1.30 |
| 7/26/2024 | Assignment | 200 | PUT CELSIUS HOLDINGS $49.50 EXP 07/26/24 | $0.00 |
| 8/6/2024 | Sell to open | -246 | PUT CELSIUS HOLDINGS $40.50 EXP 08/09/24 | $0.93 |
| 8/9/2024 | Assignment | 246 | PUT CELSIUS HOLDINGS $40.50 EXP 08/09/24 | $0.00 |
| 8/12/2024 | Sell to open | -61 | CALL CELSIUS HOLDINGS $51 EXP 08/16/24 | $0.03 |
| 8/13/2024 | Buy to close | 61 | CALL CELSIUS HOLDINGS $51 EXP 08/16/24 | $0.03 |
| 8/19/2024 | Sell to open | -240 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.40 |
| 8/21/2024 | Buy to close | 240 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.28 |

| Case Name | Celsius Holdings, Inc. |
|---|---|
| Ticker | CELH |
| Class Period | 02-29-2024 to 09-04-2024 |

**Account 2 (3896)**

**Client Name**

Gary J. Vucekovich

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-01-2024 | P | 21929 | $ 45.6000 |
| 08-02-2024 | P | 23364 | $ 42.7114 |
| 08-05-2024 | P | 25316 | $ 39.5000 |
| 09-04-2024 | P | 60975 | $ 32.7972 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 8/19/2024 | Sell to open | -253 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.39 |
| 8/21/2024 | Buy to close | 253 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.38 |
| 8/26/2024 | Sell to open | -706 | CALL CELSIUS HOLDINGS $44 EXP 09/06/24 | $0.50 |
| 9/6/2024 | Expired | 706 | CALL CELSIUS HOLDINGS $44 EXP 09/06/24 | $0.00 |

| Case Name | Celsius Holdings, Inc. |
|---|---|
| Ticker | CELH |
| Class Period | 02-29-2024 to 09-04-2024 |

Account 3 (8754)

**Client Name**

Gary J. Vucekovich

| Date of Transaction | Transaction Type | Quantity | Price per Share | Comments |
|---|---|---|---|---|
| 08-23-2024 | P | 2300 | $ 39.5000 | Assignment |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 8/19/2024 | Sell to open | -253 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.38 |
| 8/23/2024 | Assignment | 23 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.00 |
| 8/23/2024 | Expired | 230 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.00 |
| 8/21/2024 | Sell to open | -505 | PUT CELSIUS HOLDINGS $39 EXP 08/23/24 | $0.25 |
| 8/21/2024 | Sell to open | -1 | PUT CELSIUS HOLDINGS $39 EXP 08/23/24 | $0.26 |
| 8/23/2024 | Expired | 506 | PUT CELSIUS HOLDINGS $39 EXP 08/23/24 | $0.00 |
| 8/26/2024 | Sell to open | -23 | CALL CELSIUS HOLDINGS $40.50 EXP 08/30/24 | $1.08 |
| 8/30/2024 | Expired | 23 | CALL CELSIUS HOLDINGS $40.50 EXP 08/30/24 | $0.00 |
| 8/26/2024 | Sell to open | -787 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | $0.73 |
| 8/26/2024 | Sell to open | -2 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | $0.75 |
| 9/6/2024 | Assignment | 145 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | $0.00 |
| 9/5/2024 | Assignment | 644 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | $0.00 |
| 9/3/2024 | Sell to open | -277 | PUT CELSIUS HOLDINGS $36 EXP 09/06/24 | $0.71 |
| 9/5/2024 | Assignment | 25 | PUT CELSIUS HOLDINGS $36 EXP 09/06/24 | $0.00 |
| 9/6/2024 | Assignment | 252 | PUT CELSIUS HOLDINGS $36 EXP 09/06/24 | $0.00 |