# EXHIBIT B

| Client Name | Gary J. Vucekovich |
|---|---|
| Company Name | Celsius Holdings, Inc. |
| Ticker Symbol | CELH |
| Security Type | |
| Class Period Start | 02-29-2024 |
| Class Period End | 09-04-2024 |
| 90-DAY Lookback Period Start | 09-05-2024 |
| 90-DAY Lookback Period End | 12-03-2024 |
| 90-DAY Lookback Average | $ 30.88 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 2,342,677.90 |
| DURA LIFO* Total | $ 2,342,677.90 |
| Gross Shares Purchased | 141,796 |
| Net Shares Retained | 109,891 |
| Net Funds Expended | $5,452,463.13 |

### Gary J. Vucekovich - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-04-2024 | 4 | 83.998897 | $ 336.00 | 03-04-2024 | 4 | | $ 84.75 | $ 338.98 | - | - | - | $ 30.88 | | -$ 02.99 | -$ 02.99 |
| 03-04-2024 | 11900 | 83.998897 | $ 999,586.87 | 03-08-2024 | 11900 | | $ 84.00 | $ 999,600.00 | - | - | - | $ 30.88 | | -$ 13.13 | -$ 13.13 |
| 05-06-2024 | 12500 | 79.6 | $ 995,000.00 | 05-10-2024 | 12500 | | $ 81.00 | $ 1,012,500.00 | - | - | - | $ 30.88 | | -$ 17,500.00 | -$ 17,500.00 |
| 05-06-2024 | 60 | 79.6 | $ 4,776.00 | 05-14-2024 | 60 | | $ 90.65 | $ 5,439.00 | - | - | - | $ 30.88 | | -$ 663.00 | -$ 663.00 |
| 06-10-2024 | 14900 | 67 | $ 998,300.00 | | | | | | - | 14900 | 14900 | $ 30.88 | $ 460,173.49 | $ 538,126.51 | $ 538,126.51 |
| 06-13-2024 | 16611 | 60.2 | $ 999,982.20 | | | | | | - | 16611 | 16611 | $ 30.88 | $ 513,016.23 | $ 486,965.97 | $ 486,965.97 |
| 06-25-2024 | 17857 | 56 | $ 999,992.00 | | | | | | - | 17857 | 17857 | $ 30.88 | $ 551,497.86 | $ 448,494.14 | $ 448,494.14 |
| 07-26-2024 | 20000 | 49.5 | $ 990,000.00 | | | | | | - | 20000 | 20000 | $ 30.88 | $ 617,682.54 | $ 372,317.46 | $ 372,317.46 |
| 08-02-2024 | 23364 | 42.8 | $ 999,979.20 | | | | | | - | 23364 | 23364 | $ 30.88 | $ 721,576.74 | $ 278,402.46 | $ 278,402.46 |
| 08-09-2024 | 24600 | 40.5 | $ 996,300.00 | | | | | | - | 24600 | 24600 | $ 30.88 | $ 759,749.52 | $ 236,550.48 | $ 236,550.48 |
| Matched against pre class period holdings | | | | 03-01-2024 | 41 | | $ 80.76 | $ 3,311.16 | - | - | - | $ 30.88 | | | |
| Matched against pre class period holdings | | | | 03-01-2024 | 7400 | | $ 69.00 | $ 510,600.00 | - | - | - | $ 30.88 | | | |
| Total: | 141,796 | | $7,984,252.27 | | 31,905 | | | $2,531,789.14 | | 117,332 | 117,332 | | $ 3,623,696.39 | $ 2,342,677.90 | $ 2,342,677.90 |

| Client Name | Gary J. Vucekovich |
|---|---|
| Company Name | Celsius Holdings, Inc. |
| Ticker Symbol | CELH |
| Security Type | |
| Class Period Start | 02-29-2024 |
| Class Period End | 09-04-2024 |
| 90-DAY Lookback Period Start | 09-05-2024 |
| 90-DAY Lookback Period End | 12-03-2024 |
| 90-DAY Lookback Average | $ 30.88 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $933,807.85 |
| DURA LIFO* Total | $933,807.85 |
| Gross Shares Purchased | 131,584 |
| Net Shares Retained | 131,584 |
| Net Funds Expended | $4,997,664.81 |

### Gary J. Vucekovich - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-01-2024 | 21929 | 45.6 | $ 999,962.40 | | | | | | - | 21929 | 21929 | $ 30.88 | $ 677,258.02 | $ 322,704.38 | $ 322,704.38 |
| 08-02-2024 | 23364 | 42.71137048 | $ 997,908.46 | | | | | | - | 23364 | 23364 | $ 30.88 | $ 721,576.74 | $ 276,331.72 | $ 276,331.72 |
| 08-05-2024 | 25316 | 39.5 | $ 999,982.00 | | | | | | - | 25316 | 25316 | $ 30.88 | $ 781,862.56 | $ 218,119.44 | $ 218,119.44 |
| 09-04-2024 | 60975 | 32.797244 | $ 1,999,811.95 | | | | | | - | 60975 | 60975 | $ 30.88 | $ 1,883,159.64 | $ 116,652.31 | $ 116,652.31 |
| Total: | 131,584 | | $4,997,664.81 | | | | | | | 131,584 | 131,584 | | $ 4,063,856.96 | $ 933,807.85 | $ 933,807.85 |

| Client Name | Gary J. Vucekovich |
|---|---|
| Company Name | Celsius Holdings, Inc. |
| Ticker Symbol | CELH |
| Security Type | |
| Class Period Start | 02-29-2024 |
| Class Period End | 09-04-2024 |
| 90-DAY Lookback Period Start | 09-05-2024 |
| 90-DAY Lookback Period End | 12-03-2024 |
| 90-DAY Lookback Average | $ 30.88 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $19,816.51 |
| DURA LIFO* Total | $19,816.51 |
| Gross Shares Purchased | 2,300 |
| Net Shares Retained | 2,300 |
| Net Funds Expended | $90,850.00 |

### Gary J. Vucekovich - Account 3

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-23-2024 | 2300 | 39.5 | $ 90,850.00 | | | | | | - | 2300 | 2300 | $ 30.88 | $ 71,033.49 | $ 19,816.51 | $ 19,816.51 |
| Total: | 2,300 | | $90,850.00 | | | | | | | 2,300 | 2,300 | | $ 71,033.49 | $ 19,816.51 | $ 19,816.51 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS (Stock + Options) | |
| --- | --- |
| LIFO Loss Total | $2,894,699.20 |
| DURALIFO* Total | $2,894,699.20 |
| Gross Shares Purchased | 275,680 |
| Net Shares Retained | 243,775 |
| Net Funds Expended | $10,540,977.94 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Gary J. Vucekovich**
**Transactions in Celsius Holdings, Inc. - CELH**
**Class Period: 02-29-2024 to 09-04-2024, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options | ($401,623.00) |
| *Dura* LIFO Losses/(Gain)* Options | ($401,623.00) |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| "3925" | 3/1/2024 | Assignment | 74 | CALL CELSIUS HOLDINGS $69 EXP 03/01/24 | $0.00 | $0.00 |
| "3925" | 3/4/2024 | Sell to open | -119 | CALL CELSIUS HOLDINGS $84 EXP 03/08/24 | $2.54 | ($30,226.00) |
| "3925" | 3/8/2024 | Assignment | 119 | CALL CELSIUS HOLDINGS $84 EXP 03/08/24 | $0.00 | $0.00 |
| "3925" | 5/9/2024 | Sell to open | -125 | CALL CELSIUS HOLDINGS $81 EXP 05/10/24 | $1.15 | ($14,375.00) |
| "3925" | 5/10/2024 | Assignment | 125 | CALL CELSIUS HOLDINGS $81 EXP 05/10/24 | $0.00 | $0.00 |
| "3925" | 5/15/2024 | Sell to open | -111 | PUT CELSIUS HOLDINGS $90 EXP 05/24/24 | $1.34 | ($14,874.00) |
| "3925" | 5/24/2024 | Expired | 111 | PUT CELSIUS HOLDINGS $90 EXP 05/24/24 | $0.00 | $0.00 |
| "3925" | 5/28/2024 | Sell to open | -133 | PUT CELSIUS HOLDINGS $75 EXP 05/31/24 | $1.09 | ($14,497.00) |
| "3925" | 5/31/2024 | Expired | 133 | PUT CELSIUS HOLDINGS $75 EXP 05/31/24 | $0.00 | $0.00 |
| "3925" | 6/10/2024 | Sell to open | -149 | CALL CELSIUS HOLDINGS $68 EXP 06/14/24 | $1.89 | ($28,161.00) |
| "3925" | 6/14/2024 | Expired | 149 | CALL CELSIUS HOLDINGS $68 EXP 06/14/24 | $0.00 | $0.00 |
| "3925" | 6/18/2024 | Sell to open | -315 | CALL CELSIUS HOLDINGS $65 EXP 07/19/24 | $2.88 | ($90,720.00) |
| "3925" | 7/11/2024 | Sell to open | -178 | CALL CELSIUS HOLDINGS $61 EXP 07/19/24 | $1.09 | ($19,442.00) |
| "3925" | 7/19/2024 | Expired | 178 | CALL CELSIUS HOLDINGS $61 EXP 07/19/24 | $0.00 | $0.00 |
| "3925" | 7/19/2024 | Expired | 315 | CALL CELSIUS HOLDINGS $65 EXP 07/19/24 | $0.00 | $0.00 |
| "3925" | 7/18/2024 | Sell to open | -200 | PUT CELSIUS HOLDINGS $49.50 EXP 07/26/24 | $1.30 | ($26,000.00) |
| "3925" | 7/26/2024 | Assignment | 200 | PUT CELSIUS HOLDINGS $49.50 EXP 07/26/24 | $0.00 | $0.00 |
| "3925" | 8/6/2024 | Sell to open | -246 | PUT CELSIUS HOLDINGS $40.50 EXP 08/09/24 | $0.93 | ($22,878.00) |
| "3925" | 8/9/2024 | Assignment | 246 | PUT CELSIUS HOLDINGS $40.50 EXP 08/09/24 | $0.00 | $0.00 |
| "3925" | 8/12/2024 | Sell to open | -61 | CALL CELSIUS HOLDINGS $51 EXP 08/16/24 | $0.03 | ($183.00) |
| "3925" | 8/13/2024 | Buy to close | 61 | CALL CELSIUS HOLDINGS $51 EXP 08/16/24 | $0.03 | $183.00 |
| "3925" | 8/19/2024 | Sell to open | -240 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.40 | ($9,600.00) |
| "3925" | 8/21/2024 | Buy to close | 240 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.28 | $6,720.00 |
| "3896" | 8/19/2024 | Sell to open | -253 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.39 | ($9,867.00) |
| "3896" | 8/21/2024 | Buy to close | 253 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | $0.38 | $9,614.00 |
| "3896" | 8/26/2024 | Sell to open | -706 | CALL CELSIUS HOLDINGS $44 EXP 09/06/24 | $0.50 | ($35,300.00) |
| "3896" | 9/6/2024 | Expired | 706 | CALL CELSIUS HOLDINGS $44 EXP 09/06/24 | $0.00 | $0.00 |
| "8754" | 8/19/2024 | Sell to open | -253 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | 0.38 | ($9,614.00) |
| "8754" | 8/23/2024 | Assignment | 23 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | 0 | $0.00 |
| "8754" | 8/23/2024 | Expired | 230 | PUT CELSIUS HOLDINGS $39.50 EXP 08/23/24 | 0 | $0.00 |
| "8754" | 8/21/2024 | Sell to open | -505 | PUT CELSIUS HOLDINGS $39 EXP 08/23/24 | 0.25 | ($12,625.00) |
| "8754" | 8/21/2024 | Sell to open | -1 | PUT CELSIUS HOLDINGS $39 EXP 08/23/24 | 0.26 | ($26.00) |
| "8754" | 8/23/2024 | Expired | 506 | PUT CELSIUS HOLDINGS $39 EXP 08/23/24 | 0 | $0.00 |
| "8754" | 8/26/2024 | Sell to open | -23 | CALL CELSIUS HOLDINGS $40.50 EXP 08/30/24 | 1.08 | ($2,484.00) |
| "8754" | 8/30/2024 | Expired | 23 | CALL CELSIUS HOLDINGS $40.50 EXP 08/30/24 | 0 | $0.00 |

| "8754" | 8/26/2024 | Sell to open | -787 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | 0.73 | ($57,451.00) |
|--------|-----------|--------------|------|----------------------------------------|------|--------------|
| "8754" | 8/26/2024 | Sell to open | -2 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | 0.75 | ($150.00) |
| "8754" | 9/6/2024 | Assignment | 145 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | 0 | $0.00 |
| "8754" | 9/5/2024 | Assignment | 644 | PUT CELSIUS HOLDINGS $38 EXP 09/06/24 | 0 | $0.00 |
| "8754" | 9/3/2024 | Sell to open | -277 | PUT CELSIUS HOLDINGS $36 EXP 09/06/24 | 0.71 | ($19,667.00) |
| "8754" | 9/5/2024 | Assignment | 25 | PUT CELSIUS HOLDINGS $36 EXP 09/06/24 | 0 | $0.00 |
| "8754" | 9/6/2024 | Assignment | 252 | PUT CELSIUS HOLDINGS $36 EXP 09/06/24 | 0 | $0.00 |