# EXHIBIT C

11/25/24, 2:35 PM    CELH INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Celsius Holdings, Inc. and An…

Case 9:24-cv-81472-MD Document 22-5 Entered on FLSD Docket 01/21/2025 Page 2 of 3

Beverly Hills Chamber of Commerce



Business Wire Headlines

✉ Email

November 22, 2024 04:39 PM Eastern Time

# CELH INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Celsius Holdings, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead the Celsius Class Action Lawsuit

SAN DIEGO--(BUSINESS WIRE)--**Robbins Geller Rudman & Dowd LLP** announces that purchasers of Celsius Holdings, Inc. (NASDAQ: CELH) common stock between February 29, 2024 and September 4, 2024, inclusive (the "Class Period"), have until January 21, 2025 to seek appointment as lead plaintiff of the *Celsius* class action lawsuit. Captioned *Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc.*, No. 24-81472 (S.D. Fla.), the *Celsius* class action lawsuit charges Celsius and certain of Celsius' top executive officers with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Celsius* class action lawsuit, please provide your information here:**

https://www.rgrdlaw.com/cases-celsius-holdings-class-action-lawsuit-celh.html

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com.**

**"gross profit decreased by $71.9 million, or 37%"**

**CASE ALLEGATIONS**: Celsius is a holding company that develops, processes, markets, distributes, and sells energy drinks and liquid supplements.

The *Celsius* class action lawsuit alleges that throughout the Class Period defendants made false and/or misleading statements and/or failed to disclose that: (i) Celsius materially oversold inventory to PepsiCo, Inc. ("Pepsi") far in excess of demand, and faced a looming sales cliff during which Pepsi would significantly reduce its purchases of Celsius products; (ii) as Pepsi drew down significant amounts of inventory overstock, Celsius' sales would materially decline in future periods, hurting Celsius' financial performance and outlook; (iii) Celsius' sales rate to Pepsi was unsustainable and created a misleading impression of Celsius' financial performance and outlook; (iv) as a result, Celsius' business metrics and financial prospects were not as strong as indicated in defendants' Class Period statements; and (v) consequently, defendants' statements regarding Celsius' outlook and expected financial performance were false and misleading at all relevant times.

On May 27, 2024, the price of Celsius stock fell nearly 13% as analysts and investors digested some of the latest retail store trends reported by Nielsen.

Then, on September 4, 2024, defendants revealed, among other things, that Celsius' sales to Pepsi were reduced from "roughly around [$]100 million to [$]120 million . . . from what [Pepsi] ordered last quarter," that Celsius was "still seeing these inventory levels being reduced" and that it had "increased" in the third quarter of 2024, and that "just to be precise with the [$]100 million to [$]120 million figure, . . . we're seeing approximately [$]100 million to [$]120 million less in orders to Pepsi in Q3 this year versus Q3 last year." On this news, the price of Celsius stock fell more than 11%.

Finally, on November 6, 2024, Celsius disclosed that Celsius' overall third quarter of 2024 "revenue was approximately $265.7 million, compared to $384.8 million for the" third quarter of 2023, a 31% decline; Celsius' North American revenues fell 33%; and its "'[r]evenue from [Pepsi] declined $123.9 million,'" while "[c]oncurrently, related retailer promotional allowances created revenue headwinds." Celsius further revealed that that its quarterly "gross profit decreased by $71.9 million, or 37%"; that its quarterly "[g]ross profit margin was 46.0% . . . , a 440 basis point decrease from 50.4% for the same period in 2023"; and that the "decrease in gross profit was due to promotional allowances, incentives, and other billbacks as a percentage of gross revenue" resulting from Pepsi's drawdown. On this news, the price of Celsius stock fell an additional 5%.

11/25/24, 2:35 PM
CELH INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Celsius Holdings, Inc. and An…

Case 9:24-cv-81472-MD Document 22-5 Entered on FLSD Docket 01/21/2025 Page 3 of 3

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Celsius common stock during the Class Period to seek appointment as lead plaintiff in the *Celsius* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Celsius* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Celsius* class action lawsuit. An investor's ability to share in any potential future recovery of the *Celsius* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud cases. Our Firm has been #1 in the ISS Securities Class Action Services rankings for six out of the last ten years for securing the most monetary relief for investors. We recovered $6.6 billion for investors in securities-related class action cases – over $2.2 billion more than any other law firm in the last four years. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

## Contacts

Robbins Geller Rudman & Dowd LLP
J.C. Sanchez, Jennifer N. Caringal
655 W. Broadway, Suite 1900, San Diego, CA 92101
800-449-4900
**info@rgrdlaw.com**

**Smart Multimedia Gallery**



Get Business Wire News on Your Website

Terms of Use   |   © 2024 Business Wire