**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | Case No. 9:24-cv-81472-RLR<br><br>**DECLARATION OF BENJAMIN J. WIDLANSKI IN SUPPORT OF THE MOTION OF FRANCIS BAYOG FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | Case No. 9:25-cv-80053-DMM |

I, Benjamin J. Widlanski, hereby declare as follows:

1.      I am an attorney with Kozyak Tropin Throckmorton, LLP, counsel on behalf of Francis Bayog ("Bayog") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Bayog's motion for consolidation of related actions, appointment as lead plaintiff, and approval of his selection of Glancy Prongay & Murray LLP ("GPM") as lead counsel and Kozyak Tropin Throckmorton, LLP ("KTT") as liaison counsel for the class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Press release published November 22, 2024 on *Business Wire*, announcing the pendency of the first securities class action against Defendants herein;

Exhibit B:   PSLRA Certification of Bayog;

Exhibit C:   Analysis of Bayog's financial interest;

Exhibit D:   Firm resume of GPM; and

Exhibit E:   Firm resume of KTT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on January 21, 2025, at Miami, Florida.

*/s/ Benjamin J. Widlanski*
Benjamin J. Widlanski

1

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin J. Widlanski, hereby certify that on January 21, 2025, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

<u>*s/ Benjamin J. Widlanski*</u>
Benjamin J. Widlanski