# Financial Interest Analysis

**Company Name:** Celsius Holdings, Inc.
**Ticker:** CELH
**Class Period:** 02/29/2024 - 09/04/2024
**Name:** Francis Bayog

**Opening Position:** 50

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/4/2024 | 50 | $81.2500 | -$4,062.5000 | | $0.0000 | -$4,062.50 |
| 3/4/2024 | 200 | $82.0100 | -$16,402.0000 | | $0.0000 | -$16,402.00 |
| 3/4/2024 | 50 | $82.0200 | -$4,101.0000 | | $0.0000 | -$4,101.00 |
| 3/4/2024 | 350 | $82.7800 | -$28,973.0000 | | $0.0000 | -$28,973.00 |
| 3/4/2024 | 300 | $82.9300 | -$24,879.0000 | | $0.0000 | -$24,879.00 |
| 3/19/2024 | -500 | | $0.0000 | $85.9100 | $42,955.0000 | $42,955.00 |
| 3/20/2024 | -100 | | $0.0000 | $87.5000 | $8,750.0000 | $8,750.00 |
| 3/27/2024 | -300 | | $0.0000 | $84.4400 | $25,332.0000 | $25,332.00 |
| 3/28/2024 | -50 | | $0.0000 | $83.4100 | $4,170.5000 | $4,170.50 |
| 4/2/2024 | 99 | $79.1900 | -$7,839.8100 | | $0.0000 | -$7,839.81 |
| 4/2/2024 | 100 | $79.1600 | -$7,916.0000 | | $0.0000 | -$7,916.00 |
| 4/2/2024 | 100 | $78.7700 | -$7,877.0000 | | $0.0000 | -$7,877.00 |
| 4/2/2024 | 100 | $78.6600 | -$7,866.0000 | | $0.0000 | -$7,866.00 |
| 4/5/2024 | -200 | | $0.0000 | $79.4500 | $15,890.0000 | $15,890.00 |
| 4/12/2024 | -100 | | $0.0000 | $79.2400 | $7,924.0000 | $7,924.00 |
| 4/17/2024 | 100 | $71.0400 | -$7,104.0000 | | $0.0000 | -$7,104.00 |
| 5/2/2024 | 30 | $74.7200 | -$2,241.6000 | | $0.0000 | -$2,241.60 |
| 5/2/2024 | 70 | $74.7400 | -$5,231.8000 | | $0.0000 | -$5,231.80 |
| 5/3/2024 | 100 | $74.7600 | -$7,476.0000 | | $0.0000 | -$7,476.00 |
| 5/6/2024 | 100 | $76.8100 | -$7,681.0000 | | $0.0000 | -$7,681.00 |
| 5/6/2024 | 100 | $75.3900 | -$7,539.0000 | | $0.0000 | -$7,539.00 |
| 5/7/2024 | -400 | | $0.0000 | $75.3000 | $30,120.0000 | $30,120.00 |
| 5/8/2024 | 100 | $73.8600 | -$7,386.0000 | | $0.0000 | -$7,386.00 |
| 5/9/2024 | 200 | $84.9100 | -$16,982.0000 | | $0.0000 | -$16,982.00 |
| 5/10/2024 | -200 | | $0.0000 | $81.6900 | $16,338.0000 | $16,338.00 |
| 5/13/2024 | 100 | $85.9700 | -$8,597.0000 | | $0.0000 | -$8,597.00 |
| 5/28/2024 | -200 | | $0.0000 | $82.0400 | $16,408.0000 | $16,408.00 |
| 5/29/2024 | 100 | $79.0700 | -$7,907.0000 | | $0.0000 | -$7,907.00 |
| 5/30/2024 | 40 | $79.0300 | -$3,161.2000 | | $0.0000 | -$3,161.20 |
| 5/30/2024 | 10 | $79.0200 | -$790.2000 | | $0.0000 | -$790.20 |
| 5/31/2024 | 50 | $79.3300 | -$3,966.5000 | | $0.0000 | -$3,966.50 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/31/2024 | 50 | $79.3700 | -$3,968.5000 | | $0.0000 | -$3,968.50 |
| 5/31/2024 | 50 | $79.1000 | -$3,955.0000 | | $0.0000 | -$3,955.00 |
| 6/3/2024 | 55 | $75.8700 | -$4,172.8500 | | $0.0000 | -$4,172.85 |
| 6/3/2024 | 145 | $76.8900 | -$11,149.0500 | | $0.0000 | -$11,149.05 |
| 6/3/2024 | 60 | $77.3500 | -$4,641.0000 | | $0.0000 | -$4,641.00 |
| 6/3/2024 | 140 | $77.4900 | -$10,848.6000 | | $0.0000 | -$10,848.60 |
| 6/3/2024 | 100 | $76.9400 | -$7,694.0000 | | $0.0000 | -$7,694.00 |
| 6/3/2024 | 60 | $77.1500 | -$4,629.0000 | | $0.0000 | -$4,629.00 |
| 6/4/2024 | 140 | $72.8500 | -$10,199.0000 | | $0.0000 | -$10,199.00 |
| 6/4/2024 | 64 | $71.1700 | -$4,554.8800 | | $0.0000 | -$4,554.88 |
| 6/4/2024 | 16 | $71.2600 | -$1,140.1600 | | $0.0000 | -$1,140.16 |
| 6/4/2024 | 220 | $71.2800 | -$15,681.6000 | | $0.0000 | -$15,681.60 |
| 6/10/2024 | 150 | $68.1800 | -$10,227.0000 | | $0.0000 | -$10,227.00 |
| 6/10/2024 | 15 | $67.7800 | -$1,016.7000 | | $0.0000 | -$1,016.70 |
| 6/10/2024 | 150 | $67.8000 | -$10,170.0000 | | $0.0000 | -$10,170.00 |
| 6/10/2024 | 80 | $67.9100 | -$5,432.8000 | | $0.0000 | -$5,432.80 |
| 6/10/2024 | 105 | $67.5200 | -$7,089.6000 | | $0.0000 | -$7,089.60 |
| 6/11/2024 | 440 | $63.1800 | -$27,799.2000 | | $0.0000 | -$27,799.20 |
| 6/11/2024 | 505 | $63.2500 | -$31,941.2500 | | $0.0000 | -$31,941.25 |
| 6/11/2024 | 55 | $63.6900 | -$3,502.9500 | | $0.0000 | -$3,502.95 |
| 6/17/2024 | 35 | $59.0000 | -$2,065.0000 | | $0.0000 | -$2,065.00 |
| 6/17/2024 | 65 | $58.7500 | -$3,818.7500 | | $0.0000 | -$3,818.75 |
| 6/17/2024 | 45 | $58.6000 | -$2,637.0000 | | $0.0000 | -$2,637.00 |
| 6/26/2024 | 5 | $55.6100 | -$278.0500 | | $0.0000 | -$278.05 |
| 6/27/2024 | -150 | | $0.0000 | $56.2700 | $8,440.5000 | $8,440.50 |
| 7/16/2024 | -150 | | $0.0000 | $52.5800 | $7,887.0000 | $7,887.00 |
| 7/17/2024 | -149 | | $0.0000 | $50.6900 | $7,552.8100 | $7,552.81 |
| 7/17/2024 | -701 | | $0.0000 | $50.7700 | $35,589.7700 | $35,589.77 |
| 7/18/2024 | -500 | | $0.0000 | $50.6500 | $25,325.0000 | $25,325.00 |
| 7/19/2024 | -500 | | $0.0000 | $48.8400 | $24,420.0000 | $24,420.00 |
| 7/19/2024 | -500 | | $0.0000 | $49.5100 | $24,755.0000 | $24,755.00 |
| 7/24/2024 | -490 | | $0.0000 | $46.1600 | $22,618.4000 | $22,618.40 |
| 8/26/2024 | 200 | $40.3900 | -$8,078.0000 | | $0.0000 | -$8,078.00 |
| 8/26/2024 | 20 | $40.2100 | -$804.2000 | | $0.0000 | -$804.20 |
| 8/26/2024 | 30 | $40.2300 | -$1,206.9000 | | $0.0000 | -$1,206.90 |
| 8/27/2024 | 50 | $40.2000 | -$2,010.0000 | | $0.0000 | -$2,010.00 |
| 8/27/2024 | 15 | $40.1900 | -$602.8500 | | $0.0000 | -$602.85 |
| 8/28/2024 | 785 | $38.7000 | -$30,379.5000 | | $0.0000 | -$30,379.50 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/28/2024 | 900 | $39.0200 | -$35,118.0000 | | $0.0000 | -$35,118.00 |
| 8/28/2024 | 1,000 | $38.9600 | -$38,960.0000 | | $0.0000 | -$38,960.00 |
| 8/28/2024 | 500 | $39.0600 | -$19,530.0000 | | $0.0000 | -$19,530.00 |
| 8/28/2024 | 200 | $39.0200 | -$7,804.0000 | | $0.0000 | -$7,804.00 |
| 8/28/2024 | 300 | $38.6700 | -$11,601.0000 | | $0.0000 | -$11,601.00 |
| 8/28/2024 | 250 | $38.3700 | -$9,592.5000 | | $0.0000 | -$9,592.50 |
| 9/3/2024 | 250 | $36.7200 | -$9,180.0000 | | $0.0000 | -$9,180.00 |
| 9/3/2024 | 250 | $36.7300 | -$9,182.5000 | | $0.0000 | -$9,182.50 |
| 9/3/2024 | 250 | $36.6200 | -$9,155.0000 | | $0.0000 | -$9,155.00 |
| | | | $0.0000 | | $0.0000 | $0.00 |

| | | | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,000** | | | | **Subtotal:** | **-$252,573.56** |
| | | | $30.9367 | 5,000 | **90-Day Average:** | $154,683.73 |
| | | | | | **LIFO Total:** | **-$97,889.83** |

<u>Notes</u>

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 4, 2024 and December 2, 2024.