## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | Case No. 9:24-cv-81472-RLR<br><br>**[PROPOSED] ORDER** |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | Case No. 9:25-cv-80053-DMM |

Having considered the motion of Francis Bayog for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Celsius Holdings, Inc. Securities Litigation*, Master File No. 9:24-cv-81472-RLR;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Francis Bayog as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class and Kozyak Tropin Throckmorton, LLP as Liaison Counsel for the class.

        **SO ORDERED.**

Dated: _____, 2025

                                        _____
                                        HON. ROBIN L. ROSENBERG
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA