**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | Case No. 9:24-cv-81472-RLR |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS   HOLDINGS,   INC.,   JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | Case No. 9:25-cv-80053-DMM |

## NOTICE OF STRIKING

The Movant Francis Bayog, by and through the undersigned counsel, hereby strikes the

Motion to Appoint Francis Bayog as Lead Plaintiff [DE 23], which was filed in error.

Respectfully submitted,

/s/ *Benjamin J. Widlanski*
**Benjamin J. Widlanski, Esq.**
bwidlanski@kttlaw.com
Fla. Bar. No. 1010644
**Meaghan Goldstein, Esq.**
mgoldstein@kttlaw.com
Fla. Bar. No. 1024796

1

**KOZYAK TROPIN &**
**THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
(305) 372-1800

*Counsel for the Proposed Lead*
*Plaintiff, Francis Bayog*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the Clerk of Court for the Southern District of Florida, and it is also being served on all counsel of record by using the CM/ECF system on January 21, 2025.

By:     /s/ *Benjamin J. Widlanski*
         Benjamin J. Widlanski