# EXHIBIT E



***Kozyak Tropin & Throckmorton.*** Since its founding in 1982, Kozyak Tropin & Throckmorton, LLP ("KTT") has played a leading role in some of the most significant class actions in the nation. The Firm and its attorneys consistently rank among the most highly regarded litigation attorneys locally and on the national stage — from clients, judges, opponents, and professional journals — for effectiveness in and out of the courtroom. KTT lawyers have been recognized among Forbes' America's Top 200 Lawyers, Florida Super Lawyers, and Florida Trend's Legal Elite, and KTT is the only band-one rated law firm in the State of Florida in both litigation and bankruptcy. KTT is also a diverse law firm with partners who have served as presidents or in leadership roles for the Cuban American Bar Association, the Black Lawyers Association, the Asian Pacific American Bar Association, and the Florida Association for Women Lawyers, among other organizations, and have further served as fellows in the American College of Bankruptcy and members of the International Association of Trial Lawyers and American Board of Trial Advocates.

KTT focuses on "bet-the-company" litigation, class actions, complex commercial litigation, and business bankruptcy matters, typically against parties represented by larger, premier law firms. It has played a leading role in significant class actions and complex litigation across the country, and for the last forty years has had a leading role in virtually every major fraud case in the Southern District of Florida. For example, KTT served as Co-Lead Counsel in *In re Managed Care HMO Litigation*, MDL No. 1334 (S.D. Fla.), multidistrict litigation in which medical societies and several hundred thousand physicians sued Aetna, Cigna, Humana, and other managed care organizations for monetary and structural relief. Successfully certified as a RICO class action, this case — along with a second, equally challenging action against the Blue Cross entities — was settled for hundreds of millions of dollars in monetary relief, and also provided structured relief to physicians valued at well over a billion dollars. KTT also served as Co-Lead Counsel in the matter resulting from the tragic collapse of the Champlain Towers condominium collapse in Surfside, Florida, resulting in recoveries in excess of $1.1 billion dollars in only one year of litigation, *In Re: Champlain Towers South Collapse Litigation* (Fla. 11th Cir. Ct. 2021).

KTT attorneys also currently serve on several committee positions in *In Re: Blue Cross Blue Shield Antitrust Litigation*, 13-cv-2000-RDP, as member of the Plaintiff's Executive Committee in *In Re: Realpage, Inc., Rental Software Antitrust Litigation*, 23-md-03071, and as a national co-lead in *In Re: Insulin Pricing Litigation*, 23-md-03080. In recent years, KTT represented 70% of the victims of the $1.2 billion Scott Rothstein South Florida Ponzi scheme, leading to a nearly 100% recovery of the victims' $250 million in losses; secured a $150 million settlement against Raymond James on behalf of EB-5 immigrant investors in the Jay Peak scheme that misappropriated more than $350 million in investor funds; and served on the plaintiffs' executive committee in the Woodbridge Ponzi litigation which resulted in substantial relief to the class of defrauded investors. Other class action and complex litigation cases that KTT has recently worked on include:

- *Hollis v. JPMorgan Chase Bank, N.A.*, 12-cv-10544 (D. Mass.);
- *Marty v. Anheuser-Busch Companies, LLC*, 13-cv-23656 (S.D. Fla.);
- *Suarez v. Anheuser-Busch Companies, LLC* (Fla. 11th Cir. Ct. 2013);

- *Bauer-Ramazani v. TIAA-CREF et al.*, 09-cv-190 (D. VT);
- *Razorback Funding LLC et al. v. Scott W. Rothstein et al.* (Fla. 17th Cir. Ct. 2009);
- *In re: Marine Hose Antitrust Litig.*, 08-md-1888 (S.D. Fla.);
- *Miller v. Dyadic Intl.*, 07-cv-80948 (S.D. Fla.);
- *In re: Mushroom Direct Purchaser Antitrust Litig.*, 06-cv-00620l (E.D.P.A.);
- *Louisiana Wholesale v. Becton Dickinson et al.*, 05-cv-01602 (D.N.J.);
- *Natchitoches Parrish Hospital v. Tyco (In re: Sharps Containers)*, 05-cv-12024 (D. Mass.);
- *Bruhl v. Price Waterhouse Coopers, Intl. et al.*, 03-cv-23044 (S.D. Fla.);
- *Cory v. Wells Fargo Bank, N.A.*, 18-cv-0532 (M.D. Fla.);
- *Opalka v. Amalie Oil Company* (Fla. 11th Cir. Ct. 2018);
- *Lewis et al v. Mercedes Benz USA, LLC, et al*, 19-cv-81220 (S.D. Fla.);
- *Nuwer et al v. FCA US LLC, et al,* 20-cv-60432 (S.D. Fla.);
- *In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation,* 20-md-2973 (D.N.J.);
- *Perez et al v. Regal Rexnord Corporation et al,* 23-cv-00572 (W.D. Wis.);
- *Sloan v. Anker Technology Corporation et al*, 22-cv-07174 (N.D. Ill.);
- *Capote, et al v. SCI Funeral Services of Florida, LLC* (Fla. 11th Circ. Ct. 2024);
- *Shattuck v. SAS Institute, Inc., et al*, 24-cv-03424 (N.D. Cal.);
- *Caston et al v. F. Hoffmann-La Roche, Inc., et al,* 23-cv-00928 (N.D. Cal.);
- *Breedlove et al v. New World Condominium Apartments Condo Association, Inc.* (Fla. 11th Circ. Ct. 2024);
- *Prolow v. Aetna et al,* 20-cv-80545 (S.D. Fla.); and
- *Cole et al v. United Health et al,* 19-cv-10580 (D. Mass).

### *KTT Is Committed to Diversity*

In May 2001, KTT received the Florida Bar Association's First Annual Diversity Award. The firm was recognized for its commitment to diversity, including race, sex, religion, and ethnic background. The firm also dedicates significant time and resources to the Kozyak Minority Mentoring Foundation (kmmfoundation.org), which was founded by our partner John W. Kozyak and his wife, and is managed with the help of Detra Shaw-Wilder, also a partner at our firm. The Foundation's mission is to provide assistance and support to minorities interested in pursuing legal careers, sponsor mentoring programs, provide networking opportunities, and offer limited financial aid. The Foundation takes primary responsibility for finding experienced lawyers and judges to mentor minority students at every law school in Florida. During the past eighteen years, Mr. Kozyak has matched more than 1,000 black law students with judges and lawyers who serve as mentors. The Foundation has grown exponentially since its inception, and the minority mentoring programs at the University of Miami and St. Thomas Schools of Law are now named for Mr. Kozyak.

KTT has received numerous awards over the years including the Supreme Court Chief Justice's 2004 Law Firm Commendation in recognition of its commitment to providing free legal services to those who cannot afford legal fees; the Florida Bar President's 2006 Pro Bono Service Award; the ABA's 2007 "Spirit of Excellence" award; the Anti-Defamation League's 2010 Jurisprudence Award to recognize contributions to the legal profession and to the community at

large; and the 2015 Tobias Simon Pro Bono Service Award, which recognizes extraordinary contributions by a Florida lawyer in making legal services available to people who otherwise could not afford them.  In 2016 partner Harley Tropin received the American Jewish Committee Learned Hand Award, the highest honor given by the AJC within the legal profession.