UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-Civ-81472-RLR and Case No. 9:25-cv-80053-DMM

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | CLASS ACTION |

Plaintiff,

vs.

CELSIUS HOLDINGS, INC., et al.,

Defendants.

_____/

| | |
|---|---|
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated, | CLASS ACTION |

Plaintiff,

vs.

CELSIUS HOLDINGS, INC., et al.,

Defendants.

_____/

[PROPOSED] ORDER GRANTING ANTHONY M. ABRAHAM AND ANNA HANDY'S
MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Case No. 9:24-Civ-81472-RLR and Case No. 9:25-cv-80053-DMM

Having considered Anthony M. Abraham and Anna Handy's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc.*, No. 9:24-cv-81472; and *Abraham v. Celsius Holdings, Inc.*, No. 9:25-cv-80053 are consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re CELSIUS HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) Master File No. 9:24-Civ-81472 |
| | ) CLASS ACTION |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

(a) The file in Case No. 9:24-Civ-81472 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close Case No. 9:25-cv-80053. When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:", When a document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

4920-0765-5441.v1

Case No. 9:24-Civ-81472-RLR and Case No. 9:25-cv-80053-DMM

(b) All securities class actions arising out of the same facts and claims on behalf of purchasers or acquirers of Celsius Holdings, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.     Anthony M. Abraham and Anna Handy are appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.     Anthony M. Abraham and Anna Handy's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)     the briefing and argument of any and all motions;

(b)     the conduct of any and all discovery proceedings including depositions;

(c)     settlement negotiations;

(d)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)     the preparation and filing of all pleadings; and

(f)     the supervision of all other matters concerning the prosecution or resolution of the action.

- 2 -

4920-0765-5441.v1

- 3 -

Case No. 9:24-Civ-81472-RLR and Case No. 9:25-cv-80053-DMM

IT IS SO ORDERED.


DATED:  _____          _____
                                         THE HONORABLE ROBIN L. ROSENBERG
                                         UNITED STATES DISTRICT JUDGE

4920-0765-5441.v1