**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-81472-ROSENBERG/Reinhart

SHELBY TOWNSHIP POLICE & FIRE
RETIREMENT SYSTEM, Individually and
on Behalf of All Others Similarly Situated,

Plaintiff,

v.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

Defendants.

---

Case No. 9:25-cv-80053-MIDDLEBROOKS

ANTHONY M. ABRAHAM, Individually
and on Behalf of All Others Similarly
Situated,

Plaintiff,

v.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION OF JOEL TODD MULL**
**FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered Movant's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc., et al.*, No. 9:24-cv-81472-RLR-BER and *Abraham v. Celsius Holdings, Inc., et al.*, No. 9:25-cv-80053-DMM are hereby consolidated as:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re CELSIUS HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 9:24-cv-81191-RLR-BER CLASS ACTION |
| _____ | ) ) | |
| This Document Relates To:        ALL ACTIONS | ) ) | |
| _____ | ) | |

(a)      The file in Case No. 9:24-cv-81472-RLR-BER shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase, "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or

- 1 -

transferred to, this District shall be consolidated into this action. This Order shall apply to every such action absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

        (c)     This Order is entered without prejudice to the right of any party to apply for severance of any claim or action upon a showing of good cause; and

3.     Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(b), Joel Todd Mull is appointed as Lead Plaintiff;

4.     Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves his selection;

5.     Lead Counsel shall have the following responsibilities and duties:

        (a)     to coordinate the briefing and argument of motions;

        (b)     to coordinate the conduct of discovery proceedings;

        (c)     to coordinate the examination of witnesses in depositions;

        (d)     to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

        (e)     to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

        (f)     to coordinate all settlement negotiations with counsel for defendants;

        (g)     to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

- 3 -

(h)      to supervise any other matters concerning the prosecution, resolution or settlement of this action.

6.      No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel;

7.      Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices;

8.      Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
THE HONORABLE ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

- 3 -