**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-81472-ROSENBERG/Reinhart

SHELBY TOWNSHIP POLICE & FIRE
RETIREMENT SYSTEM, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,

      v.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

                Defendants.

---

Case No. 9:25-cv-80053-MIDDLEBROOKS

ANTHONY M. ABRAHAM, Individually
and on Behalf of All Others Similarly
Situated,

                Plaintiff,

      v.

CELSIUS HOLDINGS, INC., JOHN
FIELDLY, and JARROD LANGHANS,

                Defendants.

---

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF MOTION OF
JOEL TODD MULL FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Reed R. Kathrein, declare as follows:

1.      I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Joel Todd Mull ("Movant"). I am an attorney licensed to practice law in the State of Florida. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as exhibits are the true and correct copies of the following:

Exhibit A:      Certification of Movant.

Exhibit B:      Movant's Loss Chart.

Exhibit C:      Notice published by the plaintiff in the first-filed action on *Business Wire*, a national, business-oriented newswire service, on November 22, 2024.

Exhibit D:      Movant's Declaration.

Exhibit E:      Firm resume of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of January 2025 in Berkeley, California.

            */s/ Reed R. Kathrein*
            REED R. KATHREIN