# Exhibit B

**Loss Analysis for Joel Todd Mull - Celsius Holdings, Inc. (CELH)**
**Class Period 02/29/24 - 09/04/24**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/29/24 | 0.164 | $46.9500 | $7.70 | | | | | |
| Purchases | 07/29/24 | 8 | $46.9200 | $375.36 | | | | | |
| | 07/29/24 | 100 | $46.9100 | $4,691.00 | | | | | |
| | 07/29/24 | 500 | $46.9100 | $23,455.00 | | | | | |
| | 07/29/24 | 9,722 | $46.9400 | $456,350.68 | | | | | |
| Post Class | | | | | Post Class | *11/25/2024 | 0.164 | $31.1200 | $5.10 |
| Purchases | | | | | Sales | *11/25/2024 | 100 | $31.1200 | $3,112.00 |
| | | | | | | *11/25/2024 | 279 | $31.1200 | $8,682.48 |
| | | | | | | *11/25/2024 | 300 | $31.1200 | $9,336.00 |
| | | | | | | *11/25/2024 | 1,117 | $31.1200 | $34,761.04 |
| | | | | | | *11/25/2024 | 8,534 | $31.1200 | $265,578.08 |

*\* On 11/25/24 movant actually sold 0.164 shares at $29.81, 100 shares at $29.85, 279 shares at $29.83, 300 shares at $29.82, 1,1117 shares at $29.84, and 8,534 shares at $29.81.  However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of CELH between 09/05/24 and 11/22/24, $31.12.*

| | | | |
|---|---|---|---|
| **Total Shares Acquired in CP** 10,330 | **Total Amt. Paid in CP** $484,879.74 | **Total Shares Sold in CP** 0 | **Total Amt. Sold in CP** $0.00 |
| | | **Post CP Shares Sold** 10,330 | **Post CP Amount Sold** $321,474.70 |
| | | **Total Shares Sold to Current** 10,330 | **Total Amt. Sold to Current** $321,474.70 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP** 10,330 (CP Retained Shares)

**Net Amount Paid  in CP** $484,879.74

**Net Amount Paid in CP Minus Sold to Current Date** $163,405.04 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)** 10,330 **Automatically 0 if Negative**

**Net  Shares Acquired During Class Period Held to Current Date** 0 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP** $30.88

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $319,037.28

**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 **ALTERNATIVE**

**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $484,879.74 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $165,842.46

**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $163,405.04 **ALTERNATIVE**