UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-Civ-81472-RLR and Case No. 9:25-cv-80053-DMM

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| CELSIUS HOLDINGS, INC., et al., | |
| Defendants. | |

/

| | |
|---|---|
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated, | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| CELSIUS HOLDINGS, INC., et al., | |
| Defendants. | |

/

DECLARATION OF ROBERT J. ROBBINS IN SUPPORT OF PROPOSED LEAD
PLAINTIFFS ANTHONY M. ABRAHAM AND ANNA HANDY'S MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4898-7308-1105.v1

Case No. 9:24-Civ-81472-RLR and Case No. 9:25-cv-80053-DMM

I, Robert J. Robbins, declare, under penalty of perjury:

1.      I am an attorney duly licensed to practice before the courts of the State of Florida and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiffs Anthony M. Abraham and Anna Handy.  I submit this declaration in support of Mr. Abraham and Ms. Handy's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the notice of the first-filed action published in *Business Wire* on November 22, 2024.

3.      Attached hereto as Exhibit B are true and accurate copies of Mr. Abraham and Ms. Handy's Certifications and Assignment.

4.      Attached hereto as Exhibit C is a true and accurate copy of Mr. Abraham and Ms. Handy's estimate of losses, prepared by counsel.

5.      Attached hereto as Exhibit D is a true and accurate copy of Mr. Abraham and Ms. Handy's Joint Declaration.

DATED:  January 21, 2025

s/ Robert J. Robbins
ROBERT J. ROBBINS

- 1 -

4898-7308-1105.v1