# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Anthony M. Abraham ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of January, 2025.

_____
Anthony M. Abraham

CELSIUS

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/31/2024[OA] | 10,000 | $83.00 |

**Option**

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 09/06/2024[BC] | C44.5 09/06/24 | 99 | $0.01 |
| 09/06/2024[BC] | C44.5 09/06/24 | 1 | $0.01 |
| 09/06/2024[BC] | C49 09/06/24 | 120 | $0.01 |
| 09/06/2024[BC] | C49 09/06/24 | 29 | $0.01 |
| 09/06/2024[BC] | C49 09/06/24 | 1 | $0.01 |
| 08/09/2024[OE] | C52 08/09/24 | 100 | $0.00 |
| 08/23/2024[OE] | C52 08/23/24 | 100 | $0.00 |
| 07/26/2024[OE] | C56 07/26/24 | 100 | $0.00 |
| 08/02/2024[OE] | C56 08/02/24 | 100 | $0.00 |
| 07/05/2024[OE] | C64 07/05/24 | 100 | $0.00 |
| 07/19/2024[OE] | C65 07/19/24 | 100 | $0.00 |
| 06/21/2024[OE] | C67 06/21/24 | 106 | $0.00 |
| 06/21/2024[OE] | C71 06/21/24 | 5 | $0.00 |
| 06/28/2024[BC] | C71 06/28/24 | 100 | $0.01 |
| 09/13/2024[BC] | C75 01/17/25 | 77 | $0.32 |
| 09/13/2024[BC] | C75 01/17/25 | 23 | $0.32 |
| 06/07/2024[OE] | C77 06/07/24 | 100 | $0.00 |
| 06/14/2024[OE] | C77 06/14/24 | 50 | $0.00 |
| 06/07/2024[OE] | C79 06/07/24 | 100 | $0.00 |
| 06/14/2024[OE] | C79 06/14/24 | 50 | $0.00 |
| 06/14/2024[OE] | C80 06/14/24 | 100 | $0.00 |
| 06/04/2024[BC] | C82 06/07/24 | 100 | $0.07 |
| 07/05/2024[OE] | P50 07/05/24 | 100 | $0.00 |
| 07/12/2024[OE] | P50 07/12/24 | 100 | $0.00 |
| 06/28/2024[BC] | P53 06/28/24 | 100 | $0.01 |
| 05/31/2024[OA] | P83 05/31/24 | 100 | $0.00 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/30/2024[SO] | C44.5 09/06/24 | 5 | $0.07 |
| 08/30/2024[SO] | C44.5 09/06/24 | 3 | $0.07 |
| 08/30/2024[SO] | C44.5 09/06/24 | 20 | $0.07 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/30/2024[SO] | C44.5 09/06/24 | 74 | $0.07 |
| 08/26/2024[SO] | C49 09/06/24 | 100 | $0.15 |
| 08/27/2024[SO] | C49 09/06/24 | 50 | $0.12 |
| 08/06/2024[SO] | C52 08/09/24 | 2 | $0.05 |
| 08/06/2024[SO] | C52 08/09/24 | 2 | $0.05 |
| 08/06/2024[SO] | C52 08/09/24 | 3 | $0.05 |
| 08/06/2024[SO] | C52 08/09/24 | 5 | $0.05 |
| 08/06/2024[SO] | C52 08/09/24 | 10 | $0.05 |
| 08/06/2024[SO] | C52 08/09/24 | 14 | $0.05 |
| 08/06/2024[SO] | C52 08/09/24 | 64 | $0.05 |
| 08/09/2024[SO] | C52 08/23/24 | 100 | $0.15 |
| 07/23/2024[SO] | C56 07/26/24 | 100 | $0.05 |
| 07/26/2024[SO] | C56 08/02/24 | 100 | $0.10 |
| 06/28/2024[SO] | C64 07/05/24 | 100 | $0.12 |
| 07/15/2024[SO] | C65 07/19/24 | 1 | $0.05 |
| 07/15/2024[SO] | C65 07/19/24 | 1 | $0.05 |
| 07/15/2024[SO] | C65 07/19/24 | 2 | $0.05 |
| 07/15/2024[SO] | C65 07/19/24 | 3 | $0.05 |
| 07/15/2024[SO] | C65 07/19/24 | 4 | $0.05 |
| 07/15/2024[SO] | C65 07/19/24 | 89 | $0.05 |
| 06/17/2024[SO] | C67 06/21/24 | 1 | $0.11 |
| 06/17/2024[SO] | C67 06/21/24 | 6 | $0.15 |
| 06/17/2024[SO] | C67 06/21/24 | 99 | $0.11 |
| 06/17/2024[SO] | C71 06/21/24 | 5 | $0.06 |
| 06/24/2024[SO] | C71 06/28/24 | 100 | $0.12 |
| 07/05/2024[SO] | C75 01/17/25 | 1 | $5.65 |
| 07/05/2024[SO] | C75 01/17/25 | 1 | $5.68 |
| 07/05/2024[SO] | C75 01/17/25 | 1 | $5.68 |
| 07/05/2024[SO] | C75 01/17/25 | 12 | $5.60 |
| 07/05/2024[SO] | C75 01/17/25 | 13 | $5.60 |
| 07/05/2024[SO] | C75 01/17/25 | 22 | $5.63 |
| 07/05/2024[SO] | C75 01/17/25 | 25 | $5.60 |
| 07/08/2024[SO] | C75 01/17/25 | 25 | $4.73 |
| 06/04/2024[SO] | C77 06/07/24 | 100 | $0.29 |
| 06/07/2024[SO] | C77 06/14/24 | 50 | $0.95 |
| 06/04/2024[SO] | C79 06/07/24 | 17 | $0.40 |
| 06/04/2024[SO] | C79 06/07/24 | 38 | $0.40 |
| 06/04/2024[SO] | C79 06/07/24 | 45 | $0.39 |
| 06/07/2024[SO] | C79 06/14/24 | 50 | $0.61 |
| 06/10/2024[SO] | C80 06/14/24 | 6 | $0.18 |
| 06/10/2024[SO] | C80 06/14/24 | 6 | $0.18 |
| 06/10/2024[SO] | C80 06/14/24 | 7 | $0.18 |
| 06/10/2024[SO] | C80 06/14/24 | 10 | $0.18 |
| 06/10/2024[SO] | C80 06/14/24 | 14 | $0.18 |
| 06/10/2024[SO] | C80 06/14/24 | 22 | $0.18 |
| 06/10/2024[SO] | C80 06/14/24 | 35 | $0.18 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 05/31/2024<sup>SO</sup> | C82 06/07/24 | 100 | $1.31 |
| 06/28/2024<sup>SO</sup> | P50 07/05/24 | 100 | $0.08 |
| 07/08/2024<sup>SO</sup> | P50 07/12/24 | 100 | $0.07 |
| 06/24/2024<sup>SO</sup> | P53 06/28/24 | 49 | $0.09 |
| 06/24/2024<sup>SO</sup> | P53 06/28/24 | 51 | $0.09 |
| 05/24/2024<sup>SO</sup> | P83 05/31/24 | 100 | $0.12 |

Prices listed are rounded up to two decimal places.

[BC]Buy to close.
[SO]Sell to open.

[OA]Option assigned.

[OE]Option expired.

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Anna Handy ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __15__ day of January, 2025.

Signed by:

*Anna Handy*
1E8C6736C50C49B...

_____
Anna Handy

CELSIUS

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

**Handy, Anna - Account 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/12/2024 | 1 | $62.46 |
| 07/15/2024 | 1,000 | $52.50 |
| 07/17/2024 | 1,000 | $51.00 |
| 07/19/2024 | 999 | $48.90 |

**Handy, Anna - Account 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/10/2024 | 1 | $66.70 |
| 07/15/2024 | 67 | $52.80 |
| 07/15/2024 | 49 | $52.88 |
| 07/15/2024 | 50 | $52.88 |

**Handy, Anna & Chad - Account 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/09/2024 | 18 | $82.49 |
| 05/10/2024 | 982 | $82.50 |
| 05/28/2024 | 1,000 | $78.17 |
| 05/28/2024 | 1,000 | $79.00 |
| 05/31/2024 | 5 | $79.90 |
| 05/31/2024 | 9 | $79.75 |
| 05/31/2024 | 100 | $79.40 |
| 05/31/2024 | 100 | $79.42 |
| 05/31/2024 | 218 | $80.00 |
| 06/03/2024 | 68 | $79.50 |
| 06/03/2024 | 100 | $75.14 |
| 06/03/2024 | 100 | $75.75 |
| 06/03/2024 | 100 | $75.96 |
| 06/03/2024 | 100 | $76.98 |
| 06/03/2024 | 100 | $79.00 |
| 06/03/2024 | 200 | $75.93 |
| 06/03/2024 | 200 | $76.00 |
| 06/03/2024 | 300 | $74.40 |
| 06/03/2024 | 500 | $76.10 |
| 06/03/2024 | 500 | $76.20 |
| 06/10/2024 | 750 | $65.80 |

Docusign Envelope ID: 2BEC9679-91BA-47F7-807D-97725F979841E

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/10/2024 | 1,000 | $66.50 |
| 06/10/2024 | 2,500 | $67.50 |
| 06/11/2024 | 200 | $63.60 |
| 06/11/2024 | 750 | $63.80 |
| 06/12/2024 | 180 | $62.80 |
| 06/12/2024 | 5,200 | $64.40 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/10/2024 | 1,000 | $83.50 |
| 05/28/2024 | 77 | $82.82 |
| 05/28/2024 | 765 | $82.76 |
| 05/28/2024 | 1,158 | $82.80 |
| 05/31/2024 | 200 | $79.73 |
| 06/12/2024 | 5,200 | $66.58 |
| 07/02/2024 | 1 | $57.20 |

**Handy, Anna & Chad - Account 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/10/2024 | 1,000 | $84.94 |
| 07/15/2024 | 1,000 | $52.42 |
| 07/17/2024 | 1,000 | $51.00 |
| 07/19/2024 | 1,000 | $48.90 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/10/2024 | 1,000 | $86.17 |

**Handy, Chad - Acccount 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/15/2024 | 1,000 | $52.43 |
| 07/17/2024 | 1,000 | $51.00 |
| 07/19/2024 | 1,000 | $48.90 |

Docusign Envelope ID: 2BEC9679-91BA-47F7-807D-97725F97981E

**Option**

**Handy, Anna - Account 1**

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/16/2024$^{OE}$ | C51 08/16/24 | 30 | $0.00 |
| 08/30/2024$^{OE}$ | C51 08/30/24 | 30 | $0.00 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/15/2024$^{SO}$ | C51 08/16/24 | 30 | $0.01 |
| 08/27/2024$^{SO}$ | C51 08/30/24 | 30 | $0.01 |

**Handy, Anna & Chad - Account 1**

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/19/2024$^{OE}$ | C51 08/16/24 | 78 | $0.00 |
| 09/03/2024$^{OE}$ | C51 08/30/24 | 78 | $0.00 |
| 08/12/2024$^{OE}$ | C52 08/09/24 | 78 | $0.00 |
| 07/29/2024$^{OE}$ | C58 07/26/24 | 78 | $0.00 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/15/2024$^{SO}$ | C51 08/16/24 | 78 | $0.01 |
| 08/27/2024$^{SO}$ | C51 08/30/24 | 1 | $0.01 |
| 08/27/2024$^{SO}$ | C51 08/30/24 | 77 | $0.01 |
| 08/07/2024$^{SO}$ | C52 08/09/24 | 38 | $0.01 |
| 08/07/2024$^{SO}$ | C52 08/09/24 | 40 | $0.02 |
| 07/25/2024$^{SO}$ | C58 07/26/24 | 5 | $0.01 |
| 07/25/2024$^{SO}$ | C58 07/26/24 | 15 | $0.01 |
| 07/25/2024$^{SO}$ | C58 07/26/24 | 15 | $0.01 |
| 07/25/2024$^{SO}$ | C58 07/26/24 | 21 | $0.01 |
| 07/25/2024$^{SO}$ | C58 07/26/24 | 22 | $0.01 |

**Handy, Anna & Chad - Account 2**

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/16/2024$^{OE}$ | C51 08/16/24 | 30 | $0.00 |
| 08/30/2024$^{OE}$ | C51 08/30/24 | 30 | $0.00 |

Docusign Envelope ID: 2BEC9679-91BA-47E7-807D-97725E97981E

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/15/2024[SO] | C51 08/16/24 | 30 | $0.01 |
| 08/27/2024[SO] | C51 08/30/24 | 30 | $0.01 |

**Handy, Chad - Acccount 1**

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/16/2024[OE] | C51 08/16/24 | 30 | $0.00 |
| 08/30/2024[OE] | C51 08/30/24 | 30 | $0.00 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 08/15/2024[SO] | C51 08/16/24 | 30 | $0.01 |
| 08/27/2024[SO] | C51 08/30/24 | 30 | $0.01 |

Prices listed are rounded up to two decimal places.

[SO]Sell to open.

[OE]Option expired.

Docusign Envelope ID: 0BF2CF34-5FD9-4284-B42E-D8832E27086D

## ASSIGNMENT

Chad Handy, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to his wife Anna Handy all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase and sale of Celsius Holdings, Inc. securities.  Further, the Assignor hereby appoints Anna Handy as his true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Anna Handy agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Anna Handy.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___15___ day of January, 2025.

DocuSigned by:

_Chad Handy_
875D7A246E264E8...

_____
Chad Handy

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___15___ day of January, 2025.

Signed by:

_Anna Handy_
1F8C6736CF0C49B...

_____
Anna Handy

4929-2157-4928.v1