# EXHIBIT C

Movants' Purchases and Losses

Class Period: 02/29/2024 - 09/04/2024

Celsius Holdings, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Abraham, Anthony M. | 05/31/2024[OA] | 10,000 | $83.00 | $830,000.00 | held | 10,000 | $30.88 | $308,840.48 | |
| | | 10,000 | | $830,000.00 | | 10,000 | | $308,840.48 | ($521,159.52) |
| Abraham, Anthony M. (P50 07/12/24) | 07/12/2024[OE] | 100 | $0.00 | $0.00 | 07/08/2024[SO] | 100 | $0.07 | $700.00 | |
| | | 100 | | $0.00 | | 100 | | $700.00 | $700.00 |
| Abraham, Anthony M. (P50 07/05/24) | 07/05/2024[OE] | 100 | $0.00 | $0.00 | 06/28/2024[SO] | 100 | $0.08 | $800.00 | |
| | | 100 | | $0.00 | | 100 | | $800.00 | $800.00 |
| Abraham, Anthony M. (P53 06/28/24) | 06/28/2024[BC] | 100 | $0.01 | $100.00 | 06/24/2024[SO] | 49 | $0.09 | $441.00 | |
| | | | | | 06/24/2024[SO] | 51 | $0.09 | $459.00 | |
| | | 100 | | $100.00 | | 100 | | $900.00 | $800.00 |
| Abraham, Anthony M. (P83 05/31/24) | 05/31/2024[OA] | 100 | $0.00 | $0.00 | 05/24/2024[SO] | 100 | $0.12 | $1,200.00 | |
| | | 100 | | $0.00 | | 100 | | $1,200.00 | $1,200.00 |
| Handy, Anna & Chad - Account 1 | 05/09/2024 | 18 | $82.49 | $1,484.82 | 05/10/2024 | 1,000 | $83.50 | $83,500.00 | |
| | 05/10/2024 | 982 | $82.50 | $81,015.00 | 05/28/2024 | 77 | $82.82 | $6,377.14 | |
| | 05/28/2024 | 1,000 | $78.17 | $78,170.00 | 05/28/2024 | 765 | $82.76 | $63,311.40 | |
| | 05/28/2024 | 1,000 | $79.00 | $79,000.00 | 05/28/2024 | 1,158 | $82.80 | $95,882.40 | |
| | 05/31/2024 | 5 | $79.90 | $399.50 | 05/31/2024 | 200 | $79.73 | $15,946.00 | |
| | 05/31/2024 | 9 | $79.75 | $717.75 | 06/12/2024 | 5,200 | $66.58 | $346,216.00 | |
| | 05/31/2024 | 100 | $79.40 | $7,940.00 | 07/02/2024 | 1 | $57.20 | $57.20 | |
| | 05/31/2024 | 100 | $79.42 | $7,942.00 | 09/05/2024 | 79 | $32.03 | $2,530.37 | |
| | 05/31/2024 | 218 | $80.00 | $17,440.00 | held | 7,800 | $30.88 | $240,895.57 | |
| | 06/03/2024 | 68 | $79.50 | $5,406.00 | | | | | |
| | 06/03/2024 | 100 | $75.14 | $7,514.00 | | | | | |
| | 06/03/2024 | 100 | $75.75 | $7,575.00 | | | | | |
| | 06/03/2024 | 100 | $75.96 | $7,596.00 | | | | | |
| | 06/03/2024 | 100 | $76.98 | $7,698.00 | | | | | |
| | 06/03/2024 | 100 | $79.00 | $7,900.00 | | | | | |
| | 06/03/2024 | 200 | $75.93 | $15,186.00 | | | | | |
| | 06/03/2024 | 200 | $76.00 | $15,200.00 | | | | | |
| | 06/03/2024 | 300 | $74.40 | $22,320.00 | | | | | |
| | 06/03/2024 | 500 | $76.10 | $38,050.00 | | | | | |
| | 06/03/2024 | 500 | $76.20 | $38,100.00 | | | | | |
| | 06/10/2024 | 750 | $65.80 | $49,350.00 | | | | | |
| | 06/10/2024 | 1,000 | $66.50 | $66,500.00 | | | | | |
| | 06/10/2024 | 2,500 | $67.50 | $168,750.00 | | | | | |
| | 06/11/2024 | 200 | $63.60 | $12,720.00 | | | | | |
| | 06/11/2024 | 750 | $63.80 | $47,850.00 | | | | | |
| | 06/12/2024 | 180 | $62.80 | $11,304.00 | | | | | |
| | 06/12/2024 | 5,200 | $64.40 | $334,880.00 | | | | | |

Movants' Purchases and Losses    Class Period: 02/29/2024 - 09/04/2024    Celsius Holdings, Inc.

| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | **16,280** | | **$1,138,008.07** | | **16,280** | | **$854,716.08** | **($283,291.99)** |
| **Handy, Chad - Acccount 1** | 07/15/2024 | 1,000 | $52.43 | $52,430.00 | held | 3,000 | $30.88 | $92,652.14 | |
| | 07/17/2024 | 1,000 | $51.00 | $51,000.00 | | | | | |
| | 07/19/2024 | 1,000 | $48.90 | $48,900.00 | | | | | |
| | | **3,000** | | **$152,330.00** | | **3,000** | | **$92,652.14** | **($59,677.86)** |
| **Handy, Anna - Account 1** | 06/12/2024 | 1 | $62.46 | $62.46 | 09/05/2024 | 100 | $32.03 | $3,203.00 | |
| | 07/15/2024 | 1,000 | $52.50 | $52,497.00 | held | 2,900 | $30.88 | $89,563.74 | |
| | 07/17/2024 | 1,000 | $51.00 | $51,000.00 | | | | | |
| | 07/19/2024 | 999 | $48.90 | $48,851.10 | | | | | |
| | | **3,000** | | **$152,410.56** | | **3,000** | | **$92,766.74** | **($59,643.82)** |
| **Handy, Anna & Chad - Account 2** | 05/10/2024 | 1,000 | $84.94 | $84,939.90 | 05/10/2024 | 1,000 | $86.17 | $86,167.20 | |
| | 07/15/2024 | 1,000 | $52.42 | $52,415.00 | 09/05/2024 | 100 | $32.03 | $3,203.00 | |
| | 07/17/2024 | 1,000 | $51.00 | $51,000.00 | 09/30/2024[D] | 2,900 | $32.76 | $95,014.44 | |
| | 07/19/2024 | 1,000 | $48.90 | $48,900.00 | | | | | |
| | | **4,000** | | **$237,254.90** | | **4,000** | | **$184,384.64** | **($52,870.26)** |
| **Handy, Anna - Account 2** | 06/10/2024 | 1 | $66.70 | $66.70 | held | 167 | $30.88 | $5,157.64 | |
| | 07/15/2024 | 67 | $52.80 | $3,537.59 | | | | | |
| | 07/15/2024 | 49 | $52.88 | $2,591.12 | | | | | |
| | 07/15/2024 | 50 | $52.88 | $2,643.97 | | | | | |
| | | **167** | | **$8,839.38** | | **167** | | **$5,157.64** | **($3,681.74)** |
| **Movants' Total** | | **36,847** | | **$2,518,942.91** | | **36,847** | | **$1,542,117.71** | **($976,825.19)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $30.88 as of December 03, 2024 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Price listed is rounded up to two decimal places.

[D]Shares that were delivered out.

[BC]Buy to close.
[SO]Sell to open.

[OA]Option assigned.

[OE]Option expired.