**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-CV-81472-ROSENBERG/REINHART
Case No. 9:25-CV-80053-MIDDLEBROOKS/MATTHEWMAN

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |

**MOTION OF THE CELSIUS INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Johnathan Q. Quach, Ishan Nilesh Shah, and Brian Zeigler (collectively, the "Celsius Investor Group") respectfully moves this Court for the entry of an order: (1) consolidating the above-captioned, related actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing the Celsius Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving the Celsius Investor Group's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the class and Saxena White P.A. ("Saxena White") as Liaison Counsel for the class; and (4) granting such further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Celsius Investor Group is the "most adequate plaintiff" under the PSLRA.  This Motion is based on the accompanying memorandum of law, the Declaration of Lester R. Hooker in support thereof, including all exhibits attached thereto, all of which are incorporated herein, and such other written or oral argument as may be permitted by the Court.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), counsel for the Celsius Investor Group states that they have been unable confer with counsel for any opposing movants prior to filing the instant Motion, and respectfully requests that the conference requirement of Local Rule 7.1(a)(2) be waived for this Motion.  The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether

1

or not they have previously filed a complaint in the underlying action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Consequently, at the time of filing this Motion, counsel for the Celsius Investor Group has no way of knowing the identity of the competing lead plaintiff movants, if any. As a result, counsel for the Celsius Investor Group has been unable to confer with opposing counsel as prescribed in Local Rule 7.1(a)(2), and respectfully requests that the conference requirement of Local Rule 7.1(a)(2) be waived for this Motion.

Dated: January 21, 2025

Respectfully submitted,

*/s/ Lester R. Hooker*
Lester R. Hooker

**SAXENA WHITE P.A.**
Lester R. Hooker (FL Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: lhooker@saxenawhite.com

-and-

Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
E-mail: mduenas@saxenawhite.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ MELTZER
   & CHECK, LLP**
Naumon A. Amjed (*pro hac vice* forthcoming)
Ryan T. Degnan (*pro hac vice* forthcoming)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
E-mail: namjed@ktmc.com
E-mail: rdegnan@ktmc.com

2

*Counsel for the Celsius Investor Group and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Lester R. Hooker, hereby certify that, on January 21, 2025, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ *Lester R. Hooker*
Lester R. Hooker

4