**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-CV-81472-ROSENBERG/REINHART
Case No. 9:25-CV-80053-MIDDLEBROOKS/MATTHEWMAN

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |

**DECLARATION OF LESTER R. HOOKER IN SUPPORT OF THE MOTION OF THE CELSIUS INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Lester R. Hooker, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of Florida, and I am admitted to practice before this Court.  I am a Director at the law firm of Saxena White P.A. ("Saxena White").  I submit this Declaration in support of the motion of Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Johnathan Q. Quach, Ishan Nilesh Shah, and Brian Zeigler (collectively, the "Celsius Investor Group") requesting an order consolidating the above-captioned, related actions, appointing the Celsius Investor Group as Lead Plaintiff, approving the Celsius Investor Group's selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the class and Saxena White as Liaison Counsel for the class, and granting such further relief as the Court may deem just and proper.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:  *Lewitter v. Terran Orbital Corp.*, No. 9:24-CV-81191-RLR (S.D. Fla. Jan. 2, 2025), ECF No. 28;

EXHIBIT B:  Sworn Certifications of the Celsius Investor Group pursuant to the Private Securities Litigation Reform Act of 1995, and related assignment of claims;

EXHIBIT C:  Charts of the Celsius Investor Group's transactions and losses in Celsius Holdings, Inc. securities during the Class Period;

EXHIBIT D:  Joint Declaration of Lauren Ann Miskinnis, Johnathan Q. Quach, Ishan Nilesh Shah, and Brian Zeigler in Support of the Motion of the Celsius Investor Group for Consolidation of Related Actions,

1

Appointment as Lead Plaintiff, and Approval of Selection of Counsel;

EXHIBIT E:  Notice of pendency of *Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc., et al.*, No. 9:24-CV-81472-ROSENBERG/REINHART (S.D. Fla. filed Nov. 22, 2024), published on November 22, 2024, in *BusinessWire*;

EXHIBIT F:  Firm Profile of Kessler Topaz; and

EXHIBIT G:  Firm Résumé of Saxena White.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of January 2025.

/s/ Lester R. Hooker
Lester R. Hooker

**SAXENA WHITE P.A.**
Lester R. Hooker (FL Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: lhooker@saxenawhite.com

*Proposed Liaison Counsel for the Class*

2