# EXHIBIT B

## CERTIFICATION

I, Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022 (the "Trust"), declare that:

1.     I have reviewed the facts and allegations of a complaint filed in this action and have authorized the filing of a motion on behalf of the Trust for appointment as Lead Plaintiff.

2.     The Trust did not purchase and/or acquire the securities that are the subject of this action at the direction of its counsel nor in order to participate in any private action under the federal securities laws.

3.     I am willing to serve as a representative party on behalf of the class, including giving testimony at deposition and trial, if necessary.  I understand that this is not a claim form, and that the Trust's ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.     The Trust's Class Period purchase and sale transaction(s) in Celsius Holdings, Inc. securities that are the subject of this action are attached in Schedule A.  I have complete authority to bring a suit on behalf of the Trust to recover for investment losses for all securities set forth in Schedule A.

5.     During the three years prior to the date of this Certification, neither myself nor the Trust have sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6.     I will not accept any payment for serving as a representative party on behalf of the class beyond the Trust's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1/16/2025

DocuSigned by:

*Lauren Ann Miskinnis*
933DE711CDD1450

Lauren Ann Miskinnis, as trustee of
The Lauren Ann Miskinnis 2022 U/A
DTD 02/02/2022

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 6/11/2024 | 4,480 | $66.1131 |

**CERTIFICATION**

I, Johnathan Q. Quach, declare that:

1. I have reviewed the facts and allegations of a complaint filed in this action and have authorized the filing of a motion for appointment as Lead Plaintiff.

2. I did not purchase and/or acquire the securities that are the subject of this action at the direction of my counsel nor in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including giving testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4. My Class Period purchase and sale transaction(s) in Celsius Holdings, Inc. securities that are the subject of this action are attached in Schedule A. I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.[1]

5. During the three years prior to the date of this Certification, I have not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___12/31/2024___

Signed by:
*Johnathan Q. Quach*
57C960DF1F94432...
_____
Johnathan Q. Quach

---

[1] I have received an assignment of claims from Teresa T. Quach and the transactions in her accounts relating to Celsius Holdings, Inc. are reflected as Account 5 and Account 6 on the attached Schedule A.

**SCHEDULE A**

**Account 1**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/14/2024 | 1,159 | $90.68 |

**Account 2**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/14/2024 | 5,039 | $90.60 |
| Common Stock | BUY | 5/15/2024 | 1 | $94.13 |

**Account 3**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/14/2024 | 201 | $91.0550 |
| Common Stock | BUY | 5/21/2024 | 6 | $94.0000 |

**Account 4**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/14/2024 | 1,326 | $91.4250 |
| Common Stock | BUY | 5/21/2024 | 1 | $94.0000 |
| Common Stock | BUY | 5/21/2024 | 1 | $94.0000 |

**Account 5**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/14/2024 | 1,044 | $91.06 |

**Account 6**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/14/2024 | 2,568 | $91.1551 |

**ASSIGNMENT OF CLAIMS AND POWER OF ATTORNEY**

**KNOW ALL PERSONS BY THESE PRESENTS** that the undersigned Teresa T. Quach hereby assigns, transfers, and sets over to Johnathan Q. Quach for purposes of prosecution and collection, all rights, title, and interest of Teresa T. Quach in her claims, demands, or causes of action against any defendant relating to any security issued by Celsius Holdings, Inc. ("Celsius" or the "Company") (hereinafter the "Celsius Related Claims").[1]

This Assignment and Power of Attorney is intended to be a complete transfer of any claims Teresa T. Quach has (or had) with respect to the Celsius Related Claims to Johnathan Q. Quach for purposes of prosecution and collection.

A.  Teresa T. Quach hereby appoints Johnathan Q. Quach as her true and lawful attorney-in-fact for the purpose of exercising the following powers:

1.  To do all acts necessary for the purpose of prosecution and collection of Teresa T. Quach's claims, demands, or causes of action against any defendant relating to the Celsius Related Claims;

2.  To seek appointment as lead plaintiff, serve as a class representative, file, and/or continue the prosecution of a lawsuit pursuant to the provisions of, *inter alia*, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for purposes of prosecuting claims pursuant to, *inter alia*, the Securities Act of 1933, the Securities Exchange Act of 1934 and/or any other causes of action arising under federal or state law, in the Celsius Class Action, or any other related action;

3.  To enter into any discussions or other activities on behalf of Teresa T. Quach (or any class) in connection with attempting to resolve the Celsius Related Claims, including, without limitation, selecting and retaining legal counsel, filing and prosecuting court or regulatory proceedings in Teresa T. Quach's interest in any federal or state court or regulatory proceeding and/or to organize with other plaintiffs to prosecute said claims; and

4.  To sign, on behalf of Teresa T. Quach, settlement agreements, releases, or other documents relating to the prosecution and/or settlement of the Celsius Related Claims. Teresa T. Quach hereby agrees to be bound by any settlement, compromise, or release reached by Johnathan Q. Quach on her behalf (either directly or through a class action) and that any document executed in connection with any such settlement, compromise, or release by Johnathan Q. Quach on behalf of Teresa T. Quach or a class of which Teresa T. Quach is a member shall be binding on Teresa T. Quach.

B.  Teresa T. Quach specifically acknowledges and confirms that no person or entity who shall pay to Johnathan Q. Quach amounts owed to Teresa T. Quach relating in any way to the Celsius

---

[1]   This Assignment of Claims and Power of Attorney is intended to permit Johnathan Q. Quach to prosecute claims (as a lead plaintiff or otherwise) in *Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc., et al.*, No. 9:24-cv-81472 (S.D. Fla. filed Nov. 22, 2024), and/or any actions related thereto (the "Celsius Class Action").

- 1 -

Related Claims shall be liable to Teresa T. Quach to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to Johnathan Q. Quach by this Assignment of Claims and Power of Attorney has been properly revoked.

C.  This Assignment of Claims and Power of Attorney may not be revoked without the written consent of Johnathan Q. Quach.

D.  Any actions taken by Johnathan Q. Quach on behalf of Teresa T. Quach prior to the date of this Assignment of Claims and Power of Attorney is hereby ratified and given the same force as if they were taken after the effective date of this Assignment of Claims and Power of Attorney. Teresa T. Quach agrees to be bound by any decisions made by Johnathan Q. Quach on behalf of Teresa T. Quach with respect to any issues relating to the Celsius Related Claims or prosecution of claims asserted in the Celsius Class Action, or any related actions, both before and after the date of this Assignment of Claims and Power of Attorney.

E.  Teresa T. Quach hereby agrees to be bound by any determinations (final or otherwise) issued by any court or regulatory body relating to the Celsius Related Claims being prosecuted by Johnathan Q. Quach.

F.  Teresa T. Quach represents and warrants that she has not made any prior assignments of the rights, title, and interest of the securities that are the subject of this Assignment of Claims and Power of Attorney.

G.  This Assignment of Claims and Power of Attorney shall be interpreted and governed by the laws of the State of New York.

Teresa T. Quach has caused this Assignment of Claims and Power of Attorney to be executed and delivered and to be effective upon execution.

Signed by:

*Teresa T. Quach*                                           12/31/2024
07DA0CD9173548C...
Teresa T. Quach                                             Date

Signed by:

*Johnathan Q. Quach*                                        12/31/2024
57C960DF1F94432...
Johnathan Q. Quach                                          Date

**CERTIFICATION**

I, Ishan Nilesh Shah, declare that:

1.     I have reviewed the facts and allegations of a complaint filed in this action and have authorized the filing of a motion for appointment as Lead Plaintiff.

2.     I did not purchase and/or acquire the securities that are the subject of this action at the direction of my counsel nor in order to participate in any private action under the federal securities laws.

3.     I am willing to serve as a representative party on behalf of the class, including giving testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.     My Class Period purchase and sale transaction(s) in Celsius Holdings, Inc. securities that are the subject of this action are attached in Schedule A.  I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.

5.     During the three years prior to the date of this Certification, I have not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6.     I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____1/16/2025_____

Signed by:

*Ishan Nilesh Shah*
ADE2903F893740B...

_____
Ishan Nilesh Shah

**SCHEDULE A**

**Account 1**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 3/8/2024 | 0.011235 | $89.0000 |
| Common Stock | BUY | 3/11/2024 | 0.01177 | $84.9550 |
| Common Stock | BUY | 4/15/2024 | 100 | $75.0000 |
| Common Stock | BUY | 4/15/2024 | 1 | $75.0000 |
| Common Stock | BUY | 4/16/2024 | 95 | $73.0000 |
| Common Stock | BUY | 4/16/2024 | 5 | $73.0000 |
| Common Stock | BUY | 4/17/2024 | 100 | $71.0000 |
| Common Stock | BUY | 6/10/2024 | 89 | $67.0000 |
| Common Stock | BUY | 6/10/2024 | 1 | $67.0000 |
| Common Stock | BUY | 6/10/2024 | 311 | $67.0000 |
| Common Stock | BUY | 6/10/2024 | 599 | $67.0000 |
| Common Stock | BUY | 6/10/2024 | 1,000 | $68.0800 |
| Common Stock | BUY | 6/17/2024 | 100 | $58.0000 |
| Common Stock | BUY | 6/18/2024 | 311 | $62.5000 |
| Common Stock | BUY | 6/18/2024 | 589 | $62.5000 |
| Common Stock | BUY | 8/6/2024 | 1,500 | $45.5000 |
| Common Stock | BUY | 8/6/2024 | 1 | $43.4800 |
| Common Stock | SELL | 2/29/2024 | 200 | $81.0000 |
| Common Stock | SELL | 2/29/2024 | 153 | $81.0000 |
| Common Stock | SELL | 2/29/2024 | 47 | $81.0000 |
| Common Stock | SELL | 2/29/2024 | 70 | $81.0000 |
| Common Stock | SELL | 2/29/2024 | 100 | $81.0000 |
| Common Stock | SELL | 2/29/2024 | 130 | $81.0000 |
| Common Stock | SELL | 2/29/2024 | 400 | $81.0000 |
| Common Stock | SELL | 3/1/2024 | 3 | $84.0000 |
| Common Stock | SELL | 3/1/2024 | 10 | $84.0000 |
| Common Stock | SELL | 3/1/2024 | 79 | $84.0000 |
| Common Stock | SELL | 3/1/2024 | 115 | $84.0000 |
| Common Stock | SELL | 3/1/2024 | 291 | $84.0000 |
| Common Stock | SELL | 3/1/2024 | 1 | $81.1000 |
| Common Stock | SELL | 3/1/2024 | 1 | $81.0000 |
| Common Stock | SELL | 3/4/2024 | 27 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 1 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 1 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 1 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 2 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 3 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 3 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 5 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 57 | $85.5000 |
| Common Stock | SELL | 3/4/2024 | 150 | $85.5000 |

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | SELL | 3/5/2024 | 2 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 6 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 6 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 6 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 6 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 2 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 53 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 1 | $86.7500 |
| Common Stock | SELL | 3/5/2024 | 1 | $86.7500 |
| Common Stock | SELL | 3/7/2024 | 1 | $89.9000 |
| Common Stock | SELL | 3/8/2024 | 1 | $88.9000 |
| Common Stock | SELL | 3/8/2024 | 1 | $90.2500 |
| Common Stock | SELL | 3/11/2024 | 0.011235 | $84.9550 |
| Common Stock | SELL | 3/11/2024 | 164 | $85.0000 |
| Common Stock | SELL | 5/8/2024 | 100 | $73.9000 |
| Common Stock | SELL | 5/8/2024 | 201 | $73.9000 |

**Account 2**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 6/10/2024 | 222 | $67.90 |
| Common Stock | BUY | 6/10/2024 | 53 | $66.66 |
| Common Stock | BUY | 6/10/2024 | 0.855 | $66.66 |
| Common Stock | BUY | 6/10/2024 | 0.606 | $67.90 |
| Common Stock | BUY | 7/1/2024 | 10 | $57.90 |
| Common Stock | SELL | 2/29/2024 | 148 | $80.00 |
| Common Stock | SELL | 2/29/2024 | 150 | $80.41 |

## CERTIFICATION

I, Brian Zeigler, declare that:

1.      I have reviewed the facts and allegations of a complaint filed in this action and have authorized the filing of a motion for appointment as Lead Plaintiff.

2.      I did not purchase and/or acquire the securities that are the subject of this action at the direction of my counsel nor in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class, including giving testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.      My Class Period purchase and sale transaction(s) in Celsius Holdings, Inc. securities that are the subject of this action are attached in Schedule A.  I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.

5.      During the three years prior to the date of this Certification, I have not sought to serve nor served as a representative party for a class in an action filed under the federal securities laws.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __1/16/2025_____

DocuSigned by:

5161F957E4C749A...

Brian Zeigler

### SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 4/9/2024 | 132.32286 | $83.13 |
| Common Stock | BUY | 4/10/2024 | 131.2715 | $83.83 |
| Common Stock | BUY | 4/11/2024 | 126.56933 | $84.80 |
| Common Stock | BUY | 4/12/2024 | 153.94293 | $79.91 |
| Common Stock | BUY | 4/15/2024 | 111.24291 | $78.94 |
| Common Stock | BUY | 4/16/2024 | 118.21073 | $73.60 |
| Common Stock | BUY | 4/19/2024 | 214.80632 | $69.84 |
| Common Stock | BUY | 4/22/2024 | 71.44990 | $69.98 |
| Common Stock | BUY | 6/10/2024 | 225.67386 | $66.47 |
| Common Stock | BUY | 6/12/2024 | 300.12004 | $66.64 |
| Common Stock | BUY | 6/13/2024 | 490.93771 | $62.08 |
| Common Stock | BUY | 6/14/2024 | 1,876.5712 | $62.15 |
| Common Stock | BUY | 6/14/2024 | 3.74425 | $60.92 |
| Common Stock | BUY | 6/17/2024 | 832.01689 | $58.58 |
| Common Stock | BUY | 6/17/2024 | 11.85139 | $58.95 |
| Common Stock | BUY | 7/12/2024 | 209.87239 | $59.56 |
| Common Stock | BUY | 7/15/2024 | 2,284.18049 | $51.84 |
| Common Stock | BUY | 7/24/2024 | 161.63683 | $45.97 |
| Common Stock | BUY | 7/26/2024 | 3.56176 | $47.08 |