# EXHIBIT C

*Total Celsius Investor Group LIFO losses in Celsius Holdings, Inc.:*   ($1,192,281.73)

**Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:          $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/11/2024 | 4,480 | $66.1131 | $296,186.69 | Retained | | 4,480 | $30.94 | $138,596.62 |
| | | 4,480 | | $296,186.69 | | | 4,480 | | $138,596.62 |

*LIFO Loss in Celsius Holdings, Inc.*   ($157,590.07)

*Johnathan Q. Quach - Total LIFO Loss in Celsius Holdings, Inc.:* ($680,153.87)

**Johnathan Q. Quach**
**Account 1**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:   $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/14/2024 | 1,159 | $90.68 | $105,098.12 | Retained | | 1,159 | $30.94 | $35,855.69 |
| | | 1,159 | | $105,098.12 | | | 1,159 | | $35,855.69 |

*LIFO Loss in Celsius Holdings, Inc.*   ($69,242.43)

**Johnathan Q. Quach**
**Account 2**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:   $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/14/2024 | 5,039 | $90.60 | $456,533.40 | Retained | | 5,040 | $30.94 | $155,921.20 |
| Purchase | 5/15/2024 | 1 | $94.13 | $94.13 | | | | | |
| | | 5,040 | | $456,627.53 | | | 5,040 | | $155,921.20 |

*LIFO Loss in Celsius Holdings, Inc.*   ($300,706.33)

**Johnathan Q. Quach**
**Account 3**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:                $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/14/2024 | 201 | $91.0550 | $18,302.06 | Retained | | 207 | $30.9367 | $6,403.91 |
| Purchase | 5/21/2024 | 6 | $94.0000 | $564.00 | | | | | |
| | | 207 | | $18,866.06 | | | 207 | | $6,403.91 |

*LIFO Loss in Celsius Holdings, Inc.*   <span style="color:red">($12,462.15)</span>

**Johnathan Q. Quach**
**Account 4**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:                $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/14/2024 | 1,326 | $91.4250 | $121,229.55 | Retained | | 1,328 | $30.9367 | $41,084.00 |
| Purchase | 5/21/2024 | 1 | $94.0000 | $94.00 | | | | | |
| Purchase | 5/21/2024 | 1 | $94.0000 | $94.00 | | | | | |
| | | 1,328 | | $121,417.55 | | | 1,328 | | $41,084.00 |

*LIFO Loss in Celsius Holdings, Inc.*   <span style="color:red">($80,333.55)</span>

**Johnathan Q. Quach**
**Account 5**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:  $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/14/2024 | 1,044 | $91.06 | $95,066.64 | Retained | | 1,044 | $30.94 | $32,297.96 |
| | | 1,044 | | $95,066.64 | | | 1,044 | | $32,297.96 |

*LIFO Loss in Celsius Holdings, Inc.*   ($62,768.68)

**Johnathan Q. Quach**
**Account 6**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:  $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/14/2024 | 2,568 | $91.1551 | $234,086.30 | Retained | | 2,568 | $30.9367 | $79,445.56 |
| | | 2,568 | | $234,086.30 | | | 2,568 | | $79,445.56 |

*LIFO Loss in Celsius Holdings, Inc.*   ($154,640.73)

*Ishan Nilesh Shah - Total LIFO Loss in Celsius Holdings, Inc.:*     ($136,330.72)

**Ishan Nilesh Shah**
**Account 1**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:                     $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 2,100 | | | Sale | 2/29/2024 | 200 | $81.0000 | $16,200.00 |
| | | | | | Sale | 2/29/2024 | 153 | $81.0000 | $12,393.00 |
| | | | | | Sale | 2/29/2024 | 47 | $81.0000 | $3,807.00 |
| | | | | | Sale | 2/29/2024 | 70 | $81.0000 | $5,670.00 |
| | | | | | Sale | 2/29/2024 | 100 | $81.0000 | $8,100.00 |
| | | | | | Sale | 2/29/2024 | 130 | $81.0000 | $10,530.00 |
| | | | | | Sale | 2/29/2024 | 400 | $81.0000 | $32,400.00 |
| | | | | | Sale | 3/1/2024 | 3 | $84.0000 | $252.00 |
| | | | | | Sale | 3/1/2024 | 10 | $84.0000 | $840.00 |
| | | | | | Sale | 3/1/2024 | 79 | $84.0000 | $6,636.00 |
| | | | | | Sale | 3/1/2024 | 115 | $84.0000 | $9,660.00 |
| | | | | | Sale | 3/1/2024 | 291 | $84.0000 | $24,444.00 |
| | | | | | Sale | 3/1/2024 | 1 | $81.1000 | $81.10 |
| | | | | | Sale | 3/1/2024 | 1 | $81.0000 | $81.00 |
| | | | | | Sale | 3/4/2024 | 27 | $85.5000 | $2,308.50 |
| | | | | | Sale | 3/4/2024 | 1 | $85.5000 | $85.50 |
| | | | | | Sale | 3/4/2024 | 1 | $85.5000 | $85.50 |
| | | | | | Sale | 3/4/2024 | 1 | $85.5000 | $85.50 |
| | | | | | Sale | 3/4/2024 | 2 | $85.5000 | $171.00 |
| | | | | | Sale | 3/4/2024 | 3 | $85.5000 | $256.50 |
| | | | | | Sale | 3/4/2024 | 3 | $85.5000 | $256.50 |
| | | | | | Sale | 3/4/2024 | 5 | $85.5000 | $427.50 |
| | | | | | Sale | 3/4/2024 | 57 | $85.5000 | $4,873.50 |
| | | | | | Sale | 3/4/2024 | 150 | $85.5000 | $12,825.00 |
| | | | | | Sale | 3/5/2024 | 2 | $86.7500 | $173.50 |
| | | | | | Sale | 3/5/2024 | 6 | $86.7500 | $520.50 |
| | | | | | Sale | 3/5/2024 | 6 | $86.7500 | $520.50 |
| | | | | | Sale | 3/5/2024 | 6 | $86.7500 | $520.50 |
| | | | | | Sale | 3/5/2024 | 6 | $86.7500 | $520.50 |
| | | | | | Sale | 3/5/2024 | 2 | $86.7500 | $173.50 |
| | | | | | Sale | 3/5/2024 | 53 | $86.7500 | $4,597.75 |
| | | | | | Sale | 3/5/2024 | 1 | $86.7500 | $86.75 |
| | | | | | Sale | 3/5/2024 | 1 | $86.7500 | $86.75 |

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 3/7/2024 | 1 | $89.9000 | $89.90 |
| | | | | | Sale | 3/8/2024 | 1 | $88.9000 | $88.90 |
| | | | | | Sale | 3/8/2024 | 1 | $90.2500 | $90.25 |
| | | | | | Sale | 3/11/2024 | 164 | $85.0000 | $13,940.00 |
| | | | | | *Sales offsetting opening balance:* | | 2,100 | | $173,878.40 |
| Purchase | 3/8/2024 | 0.011235 | $89.0000 | $1.00 | Sale | 3/11/2024 | 0.011235 | $84.9550 | $0.95 |
| Purchase | 3/11/2024 | 0.01177 | $84.9550 | $1.00 | Sale | 5/8/2024 | 100 | $73.9000 | $7,390.00 |
| Purchase | 4/15/2024 | 100 | $75.0000 | $7,500.00 | Sale | 5/8/2024 | 201 | $73.9000 | $14,853.90 |
| Purchase | 4/15/2024 | 1 | $75.0000 | $75.00 | Retained | | 4,501.01177 | $30.94 | $139,246.66 |
| Purchase | 4/16/2024 | 95 | $73.0000 | $6,935.00 | | | | | |
| Purchase | 4/16/2024 | 5 | $73.0000 | $365.00 | | | | | |
| Purchase | 4/17/2024 | 100 | $71.0000 | $7,100.00 | | | | | |
| Purchase | 6/10/2024 | 89 | $67.0000 | $5,963.00 | | | | | |
| Purchase | 6/10/2024 | 1 | $67.0000 | $67.00 | | | | | |
| Purchase | 6/10/2024 | 311 | $67.0000 | $20,837.00 | | | | | |
| Purchase | 6/10/2024 | 599 | $67.0000 | $40,133.00 | | | | | |
| Purchase | 6/10/2024 | 1,000 | $68.0800 | $68,080.00 | | | | | |
| Purchase | 6/17/2024 | 100 | $58.0000 | $5,800.00 | | | | | |
| Purchase | 6/18/2024 | 311 | $62.5000 | $19,437.50 | | | | | |
| Purchase | 6/18/2024 | 589 | $62.5000 | $36,812.50 | | | | | |
| Purchase | 8/6/2024 | 1,500 | $45.5000 | $68,250.00 | | | | | |
| Purchase | 8/6/2024 | 1 | $43.4800 | $43.48 | | | | | |
| | | 4,802.023005 | | $287,400.48 | | | 4,802.023005 | | $161,491.51 |

*LIFO Loss in Celsius Holdings, Inc.* <span style="color:red">($125,908.97)</span>

**Ishan Nilesh Shah**
**Account 2**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at: $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 298 | | | Sale | 2/29/2024 | 148 | $80.00 | $11,840.00 |
| | | | | | Sale | 2/29/2024 | 150 | $80.41 | $12,061.50 |
| | | | | | *Sales offsetting opening balance:* | | 298 | | $23,901.50 |
| Purchase | 6/10/2024 | 222 | $67.90 | $15,073.80 | Retained | | 286 | $30.94 | $8,862.17 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Purchase | 6/10/2024 | 53 | $66.66 | $3,532.98 | | | |
| Purchase | 6/10/2024 | 0.855 | $66.66 | $56.99 | | | |
| Purchase | 6/10/2024 | 0.606 | $67.90 | $41.15 | | | |
| Purchase | 7/1/2024 | 10 | $57.90 | $579.00 | | | |
| | | 286 | | $19,283.92 | | 286 | $8,862.17 |

*LIFO Loss in Celsius Holdings, Inc.*   ($10,421.75)

**Brian Zeigler**
**LIFO Losses in Celsius Holdings, Inc.**
Class Period: 2/29/24 - 9/4/24
Retained Shares valued at:                              $30.94

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/9/2024 | 132.32286 | $83.13 | $11,000.00 | Sale * | 11/15/2024 | 7,370.843060 | $31.45 | $231,841.52 |
| Purchase | 4/10/2024 | 131.27150 | $83.83 | $11,004.49 | Retained | | 89.140230 | $30.94 | $2,757.71 |
| Purchase | 4/11/2024 | 126.56933 | $84.80 | $10,733.08 | | | | | |
| Purchase | 4/12/2024 | 153.94293 | $79.91 | $12,301.58 | | | | | |
| Purchase | 4/15/2024 | 111.24291 | $78.94 | $8,781.52 | | | | | |
| Purchase | 4/16/2024 | 118.21073 | $73.60 | $8,700.31 | | | | | |
| Purchase | 4/19/2024 | 214.80632 | $69.84 | $15,002.07 | | | | | |
| Purchase | 4/22/2024 | 71.44990 | $69.98 | $5,000.06 | | | | | |
| Purchase | 6/10/2024 | 225.67386 | $66.47 | $15,000.54 | | | | | |
| Purchase | 6/12/2024 | 300.12004 | $66.64 | $20,000.00 | | | | | |
| Purchase | 6/13/2024 | 490.93771 | $62.08 | $30,477.41 | | | | | |
| Purchase | 6/14/2024 | 1,876.5712 | $62.15 | $116,628.90 | | | | | |
| Purchase | 6/14/2024 | 3.74425 | $60.92 | $228.10 | | | | | |
| Purchase | 6/17/2024 | 832.01689 | $58.58 | $48,739.55 | | | | | |
| Purchase | 6/17/2024 | 11.85139 | $58.95 | $698.64 | | | | | |
| Purchase | 7/12/2024 | 209.87239 | $59.56 | $12,500.00 | | | | | |
| Purchase | 7/15/2024 | 2,284.18049 | $51.84 | $118,411.92 | | | | | |
| Purchase | 7/24/2024 | 161.63683 | $45.97 | $7,430.45 | | | | | |
| Purchase | 7/26/2024 | 3.56176 | $47.08 | $167.69 | | | | | |
| | | 7,459.983290 | | $452,806.30 | | | 7,459.983290 | | $234,599.23 |

*LIFO Loss in Celsius Holdings, Inc.*     ($218,207.07)

*Post-Class Period sale adjusted per PSLRA