**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-81472-Rosenberg/Reinhart
Case No. 9:25-cv-80053-Middlebrooks

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | CLASS ACTION |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS,<br><br>Defendants. | CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF CULLIN O'BRIEN IN SUPPORT OF GARY J. VUCEKOVICH'S OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**

I, Cullin O'Brien, pursuant to 28 U.S.C. §1746, declare that:

1.      I am a partner in the law firm Cullin O'Brien Law, P.A., proposed liaison counsel for Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust, ("Movant"). I respectfully submit this declaration in support of Movant's Opposition to Competing Lead Plaintiff Motions.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a complaint naming

Frank Zarabi as a defendant in a commercial misappropriation of secrets case; and

        3.      Attached hereto as **Exhibit B** is a true and correct copy of the stipulation filed by plaintiffs in the above mentioned case, where several counts remain pending.

        I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: February 3, 2025

                                                                    */s/ Cullin O'Brien*
                                                             Cullin O'Brien

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on February 3, 2025, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Cullin O'Brien*
Cullin O'Brien