# EXHIBIT B

Case 9:24-cv-81472-MD   Document 40-3   Entered on FLSD Docket 02/03/2025   Page 2 of 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------

William Zabit, *et al*.,

                    Plaintiffs,

      v.

BRANDOMETRY, LLC, f/k/a BrandTransact
Investments, LLC, *et al*.,

                    Defendants.

-------------------------------------------------------------------------

Index No.: 656563/2021

**STIPULATION FOR
PARTIAL DISMISSAL OF
CERTAIN CLAIMS**

**WHEREAS,** on November 17, 2021, Plaintiffs William Zabit and Brandtransact Worldwide, Inc. ("**Plaintiffs**") filed a Complaint asserting Counts, I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVII, XVIII, XIX against Defendant Frank Zarabi ("**Defendant**" or "**Zarabi**"), and asserts Counts against other defendants that are not parties of this stipulation; and

**WHEREAS,** on March 10, 2022, in response to the Complaint and in lieu of an answer, Zarabi filed a motion to dismiss, labelled by the Court as "**Motion 3**" (Dkt. Nos. 44-48), which continues to remain pending before this Court; and

**WHEREAS,** on February 27, 2024, the Court requested the parties to meet and confer regarding a stipulation to simplify the pending Motions (including Motion 3); and

**WHEREAS,** as directed by the Court, Plaintiffs and Zarabi have met and conferred and agreed to dismiss with prejudice certain counts as they relate to Zarabi, while leaving certain grounds in Motion 3 and counts asserted against Zarabi to be addressed by the Court.

4878-8368-1250v.1

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by Plaintiffs

and Zarabi, by and through their respective counsel, hereby stipulate and agree as follows:

1.  The following Counts of the Complaint of Plaintiffs against Zarabi are hereby dismissed with

    prejudice:

    - Count III (Breach of Confidence);
    - Count VIII (Fraudulent Misrepresentation);
    - Count XI (Tortious Interference); and
    - Count XV (Breach of Contract).

    The only remaining Counts of the Complaint pending against Zarabi shall be:

    - Count I (Misappropriation of Trade Secrets);
    - Count II (Theft/Embezzlement);
    - Count IV (Fraud);
    - Count V (Aiding and Abetting Fraud);
    - Count VI (Fraudulent Inducement);
    - Count VII (Fraudulent Concealment);
    - Count IX (Breach of Fiduciary Duty);
    - Counts X (Aiding and Abetting Breach of Fiduciary Duty);
    - Count XII (Unjust Enrichment);
    - Count XIII (Unfair Competition,);
    - Count XIV (Unfair Trade practices);
    - Count XVII (Aiding and Abetting Breach of Attorney-Client Special Relationship);
    - Count XVIII (Civil Conspiracy); and
    - Count XIX (Declaratory Judgment and Equitable Relief).

2.  Motion 3 is hereby granted-in-part by dismissing with prejudice Counts III, VIII, XI, and XV

    of the Complaint, but remains pending with respect to Zarabi's motion to dismiss for lack of

    personal jurisdiction in this state, and motion to dismiss Counts I, II, IV, V, VI, VII, IX, X,

    XII, XIII, XIV, XVII, XVIII and XIX of the Complaint.

3.  This stipulation does not apply to any of the assertions in the Complaint against any of the

    other defendants.

4878-8368-1250v.1

2

Case 9:24-cv-81472-MD Document 40-3 Entered on FLSD Docket 02/03/2025 Page 4 of 4

Dated: New York, New York

September 6, 2024

**AMSTER, ROTHSTEIN & EBENSTEIN LLP**                           **EISEMANN LAW OFFICE**

*/s/Charles R. Macedo*                           */s/ Alexander E. Eisemann*
***Attorneys for Defendant Frank Zarabi***         ***Attorneys for Defendant Plaintiff***
Charles R. Macedo (NY Bar: 2328318)             Alexander E. Eisemann (NY Bar: 1915875)
  (*cmacedo@arelaw.com*)                           (*aee@eislaw.com*)
Christopher Lisiewski (NY Bar: 5700091)         20 Vesey Street, Room 400
  (*clisiewski@arelaw.com*)                      New York, New York 10007
405 Lexington Avenue, Fl. 48                     Telephone: (212) 420-8300
New York, New York 10174
Telephone: (212) 336-8000

SO ORDERED:

_____
HON. SUZANNE ADAMS, J.S.C.

4878-8368-1250v.1

3

3 of 3