**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-cv-81472-Rosenberg/Reinhart
Case No. 9:25-cv-80053-Middlebrooks

| | |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF CULLIN O'BRIEN IN SUPPORT OF GARY J. VUCEKOVICH'S REPLY TO COMPETING LEAD PLAINTIFF MOTIONS**

I, Cullin O'Brien, pursuant to 28 U.S.C. §1746, declare that:

1. I am a partner in the law firm Cullin O'Brien Law, P.A., proposed liaison counsel for Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust, ("Movant"). I respectfully submit this declaration in support of Movant's Reply to Competing Lead Plaintiff Motions.

2. Attached hereto as **Exhibit A** is a true and correct copy of a complaint naming

Frank Zarabi as a defendant in a breach of contract action in 2011.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: February 10, 2025

*/s/ Cullin O'Brien*
Cullin O'Brien

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on February 10, 2025, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF.

*/s/ Cullin O'Brien*
Cullin O'Brien