**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:24-CV-81472-ROSENBERG/REINHART

|  |  |
|---|---|
| SHELBY TOWNSHIP POLICE & FIRE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -v- <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |

Case No. 9:25-CV-80053-ROSENBERG/REINHART

|  |  |
|---|---|
| ANTHONY M. ABRAHAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -v- <br><br> CELSIUS HOLDINGS, INC., JOHN FIELDLY, and JARROD LANGHANS, <br><br> Defendants. | CLASS ACTION |

**DECLARATION OF KARIN E. FISCH IN SUPPORT OF THE REPLY OF THE ZARABI FAMILY TRUST DATED SEPTEMBER 3, 1992 TO THE REMAINING COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, KARIN E. FISCH, under penalty of perjury and on oath, duly declare and state as follows:

1.　　I am a principal of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, and counsel for The Zarabi Family Trust Dated September 3, 1992 (the "Trust"), which is moving this Court by its Trustees Frank Zarabi and Desiree Zarabi, in the above-captioned related securities class actions.

2.　　I submit this declaration in support of the Trust's Reply to the Remaining Competing Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel filed concurrently herewith.

3.　　Attached hereto as **Exhibit A** is a true and correct copy of the Complaint, *Miller v. Levi & Korsinsky LLP*, No. 1:20-cv-01390 (S.D.N.Y. Feb. 18, 2020), ECF No. 1.

4.　　Attached hereto as **Exhibit B** is a true and correct copy of the Complaint, *Cooch & Taylor P.A. v. Levi & Korsinsky LLP, et al.*, No. N13C-07-035 (Del. July 2, 2013), ECF No. 1.

5.　　Attached hereto as **Exhibit C** is a true and correct copy of the Complaint and Application to Compel Arbitration, *Decimus Capital Markets, LLC v. Levi & Korsinsky, LLP*, CV-20-6047505-S, (Del. Super. Ct. June 30, 2020), ECF No. 2.

Signed and dated this 10th day of February, 2025.

By: /s/ *Karin E. Fisch*
　　　　Karin E. Fisch

1