**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CV-81472-ROSENBERG-REINHART

In re CELSIUS HOLDINGS, INC.
SECURITIES LITIGATION                        CLASS ACTION

_____/

**DECLARATION OF ELIZABETH GINGOLD CLARK IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Elizabeth Gingold Clark, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at the law firm of Alston & Bird LLP, counsel in the above-captioned action to Defendants Celsius Holdings, Inc. ("Celsius"), John Fieldly, Jarrod Langhans, and Toby David (collectively, with Celsius, the "Defendants").  I submit this declaration to place before the Court documents referenced in the Memorandum of Law in support of the Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws.

2.      Attached as Exhibits A through O to this Declaration are true and correct copies of the following documents:

- **Exhibit A:** Celsius's Annual Report on Form 10-K for the fiscal year ended December 31, 2023, filed February 29, 2024.

- **Exhibit B:** Celsius's Current Report on Form 8-K, filed August 1, 2022.

- **Exhibit C:** Celsius's Quarterly Report on Form 10-Q for the quarter ended March 31, 2023, filed May 9, 2023.

- **Exhibit D**: Celsius's Quarterly Report on Form 10-Q for the quarter ended June 30, 2023, filed August 8, 2023.

- **Exhibit E**: Celsius's Quarterly Report on Form 10-Q for the quarter ended September 30, 2023, filed November 7, 2023.

- **Exhibit F**: Celsius's May 9, 2023 Earnings Call Transcript.

- **Exhibit G**: Celsius's August 8, 2023 Earnings Call Transcript.

- **Exhibit H**: Celsius's November 7, 2023 Earnings Call Transcript.

- **Exhibit I**: Celsius's February 29, 2024 Earnings Call Transcript.

- **Exhibit J**: Celsius's June 1, 2023 Annual General Shareholders Meeting Transcript.

- **Exhibit K**: Celsius's Amended Annual Report on Form 10-K/A for the fiscal year ended December 31, 2022, filed April 19, 2023.

- **Exhibit L:** Celsius's Quarterly Report on Form 10-Q for the quarter ended June 30, 2022, filed August 9, 2022.

- **Exhibit M**: Statement of Changes in Beneficial Ownership for John Fieldly on Form 4, filed January 5, 2024.

- **Exhibit N**: Statements of Changes in Beneficial Ownership for Jarrod Langhans on Form 4, filed January 5, 2024, March 5, 2024, and April 19, 2024.

- **Exhibit O**: Statements of Changes in Beneficial Ownership for Toby David on Form 4, filed August 24, 2023 and January 5, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2025.

*/s/ Elizabeth Gingold Clark*
Elizabeth Gingold Clark

#6606544 v1 33851-00001