# EXHIBIT M

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Fieldly John | 2. Issuer Name **and** Ticker or Trading Symbol Celsius Holdings, Inc. [ CELH ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) 2424 N. FEDERAL HWY., SUITE 208 | 3. Date of Earliest Transaction (Month/Day/Year) 10/23/2019 | X Director      10% Owner<br>X Officer (give title below)   Other (specify below)<br>Chief Executive Officer |
| (Street) BOCA RATON   FL      33431 (City)      (State)      (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, $0.001 par value per share | 10/23/2019 | | F | | 18,000[1] | D | $3.33[1] | 432,000[1] | D | |
| Common Stock, $0.001 par value per share[2] | 07/30/2020 | | A | | 4,129[3] | A | $0 | 436,129[3] | D | |
| Common Stock, $0.001 par value per share | 11/12/2020 | | F | | 877[1] | D | $31.95[1] | 435,252[1] | D | |
| Common Stock, $0.001 par value per share[4] | 01/01/2021 | | A | | 45,000[3] | A | $0 | 480,252[3] | D | |
| Common Stock, $0.001 par value per share | 01/01/2022 | | F | | 4,345[1] | D | $75.09[1] | 305,907[1] | D | |
| Common Stock, $0.001 par value per share[4] | 01/01/2022 | | A | | 18,000[3] | A | $0 | 323,907[3] | D | |
| Common Stock, $0.001 par value per share | 08/19/2022 | | S | | 617[3][5] | D | $107.46[3][5] | 419,657[3][5] | D | |
| Common Stock, $0.001 par value per share | 01/02/2023 | | S | | 6,505[3][5] | D | $93.13[3][5] | 343,152[3][5] | D | |
| Common Stock, $0.001 par value per share | 01/02/2023 | | S | | 2,602[3][5] | D | $93.13[3][5] | 340,550[3][5] | D | |
| Common Stock, $0.001 par value per share | 01/03/2024 | | S | | 27,334[5] | D | $56.72[6] | 480,926 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Stock Option | $42.64[3] | 01/01/2021 | | A | | 300,000[3] | | [7] | 01/01/2031 | Common Stock, $0.001 par value per share | 300,000[3] | $0 | 1,340,000[3] | D | |

**Explanation of Responses:**

1. The reporting person forfeited such shares solely to pay tax liability upon the vesting of RSUs. Does not give effect to the three-for-one stock split that occurred on November 15, 2023.

2. Consists of RSAs, with each RSA providing for the right to receive one share of common stock, par value $0.001 per share, of Celsius Holdings, Inc. The RSAs vest on November 12, 2020.

3. Does not give effect to the three-for-one stock split that occurred on November 15, 2023.

4. Consists of RSUs, with each RSU providing for the right to receive one share of common stock, par value $0.001 per share, of Celsius Holdings, Inc. The RSUs vest in three equal annual installments beginning on the first anniversary of the grant date.

5. The reporting person sold such shares solely to pay tax liability upon the vesting of RSUs.

6. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions ranging from $55.89 to $58.05, inclusive. The reporting person undertakes to provide Celsius Holdings, Inc. ("Celsius"), any security holder of Celsius, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth in this footnote.

7. The options vest in three equal annual installments beginning on January 1, 2022.

**Remarks:**

Exhibit 24 - Power of Attorney

| | |
|---|---|
| /s/ Richard Mattessich, Attorney-in-fact | 01/05/2024 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**