**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81472-ROSENBERG-REINHART**

IN RE CELSIUS HOLDINGS, INC.   CLASS ACTION
SECURITIES LITIGATION
_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to L.R. 7.8, Plaintiff respectfully submits the attached decision in *Doller v. Hertz Global Holdings, Inc.*, No. 2:24-cv-513-KCD-DNF, 2025 WL 2896919 (M.D. Fla. Oct. 10, 2025), as supplemental authority in further opposition to Defendants' motion to dismiss.

Plaintiff's complaint alleges that Defendants had direct access to and monitored Pepsi's ERP database that showed the glut of inventory, and that one of the Individual Defendants acknowledged that Celsius "look[s] at [Pepsi's] inventory levels[.]" ECF 57 at ¶61.

Defendants argued in their opening brief (ECF 64 at 8) and reply brief (ECF 71 at 3 n.6) that scienter is not sufficiently alleged because there is no specific allegation that the Individual Defendants themselves personally accessed the database.

The Court in *Doller* rejected the argument that a plaintiff must show the defendant "actually reviewed" the data that undermined their public statements:

> Defendants contend that scienter isn't alleged since nothing shows they actually reviewed any reports or data on EV demand. But access to such information alone suffices here.

2025 WL 2896919, at *6 (citations omitted).

For these reasons and the reasons set forth in Plaintiff's opposition brief (ECF 68 at 15-17), the Court should deny Defendants' motion to dismiss.

1

Word count: 197

Dated: October 16, 2025

Respectfully submitted,

**JOSH DUBIN, P.A.**

By: */s/ Joshua E. Dubin*
Joshua E. Dubin (FL Bar #48865)
201 South Biscayne Boulevard, Suite 1210
Miami, FL 33131
Tel: 212-219-1469
josh@jdubinlaw.com

*Counsel for Lead Plaintiff and*
*Liaison Counsel for the Proposed Class*

**GRANT & EISENHOFER P.A.**
Karin Fisch (*pro hac vice*)
James S. Notis (*pro hac vice*)
Lauren J. Salamon (*pro hac vice*)
Timothy Clark Dauz (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646-722-8500
kfisch@gelaw.com
jnotis@gelaw.com
lsalamon@gelaw.com
tdauz@gelaw.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I caused the foregoing to be filed electronically with the Court's Case Management/Electronic Filing System ("CM/ECF"). Notice of this filing was sent to all parties of record by operation of the Notice of Electronic Filing System, and the parties to this action may access the filing through CM/ECF.

/s/ Joshua E. Dubin
JOSHUA E. DUBIN