**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-cv-81472-DAMIAN-REINHART

In re CELSIUS HOLDINGS, INC.
  SECURITIES LITIGATION                <u>CLASS ACTION</u>

_____/

## <u>DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE</u><br><u>OF SUPPLEMENTAL AUTHORITY</u>

Defendants respectfully submit this response to Plaintiff's Notice of Supplemental Authority ("Notice"). The Notice's reliance on *Doller v. Hertz Global Holdings, Inc.*, No. 2:24-cv-513-KCD-DNF, 2025 WL 2896919 (M.D. Fla. Oct. 10, 2025) is unfounded.

In *Doller*, the court deemed the scienter allegations sufficient because the complaint included "painstaking detail" about the reports defendants could access to monitor Hertz's weak EV rentals, at the same time defendants touted the strength of those rentals. 2025 WL 2896919, at *6. Here, Plaintiff fails to allege that the individual defendants *could* access the Pepsi inventory data at issue. (Dkt. [71] at 1, 3). More importantly, the Notice does not address the Amended Complaint's core flaw: there is no basis to conclude a snapshot in time of Pepsi's inventory could have led Defendants to conclude Pepsi held a "glut" of Celsius product. (Dkt. [64] at 8). So, even if the Amended Complaint had sufficiently alleged Defendants could access Pepsi's inventory data, it does not plead Defendants knew that Pepsi was purchasing "too much" and that it would likely reduce future orders.

*Doller* is not binding on this Court, and Defendants' arguments are supported by more precise authority. The Court should dismiss the Amended Complaint.

Word count: 199

Date: October 23, 2025                    Respectfully submitted,

                                          **JONES FOSTER P.A.**


                                          _BY /s/ Scott G. Hawkins_
                                          SCOTT G. HAWKINS
                                          Florida Bar No. 460117
                                          505 South Flagler Drive
                                          Suite 1100
                                          West Palm Beach, Florida 33401
                                          Telephone: (561) 659-3000
                                          SHawkins@jonesfoster.com

                                               and

                                          _Additional Counsel (Admitted Pro Hac Vice)_

                                          **ALSTON & BIRD**
                                          JOSEPH G. TULLY
                                          ELIZABETH GINGOLD CLARK
                                          COURTNEY QUIRÓS
                                          1201 West Peachtree Street, Suite 4900
                                          Atlanta, Georgia 30309
                                          Telephone: (404) 881-7000
                                          Facsimile: (404) 881-7777
                                          joe.tully@alston.com
                                          elizabeth.clark@alston.com
                                          courtney.quiros@alston.com

                                          _Attorneys for Defendants Celsius Holdings, Inc., John_
                                          _Fieldly, Jarrod Langhans, and Toby David_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2025, I caused the foregoing to be filed electronically with the Court's Case Management/Electronic Filing System ("CM/ECF").  Notice of this filing was sent to all parties of record by operation of the Notice of Electronic Filing System, and the parties to this action may access the filing through CM/ECF.

*/s/ Scott G. Hawkins*
SCOTT G. HAWKINS

#7420440 v1 33851-00001